```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0063--CR (JWS)
                                    "USA V KRISTER SVEN EVERTSON"
                                  DEF 1.1 EVERTSON, KRISTER SVEN

                     Including terminated defendants, excluding terminated counsel


      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  07/27/05
              Closed:  NO
 No. of Defendants:  1
     MJ Case Number:
                 AKA:  KRIS AKA CHRIS ERICKSSON AKA KRISTER ERICKSSON
     Location status:  Released on Own Recognizance
          Trial date:  01/09/06
          Terminated:  NO
 Needs interpreter:  NO
 Counsel of record:  Kevin F. McCoy
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Stephan A. Collins
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     FAX 907-271-1500
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


 Counts re: DEF 1.1 EVERTSON, KRISTER SVEN

 Document         Count      Citation and Description                               Disposition
 ────────         ─────      ────────────────────────                               ───────────
    1 -   1 IND     1        49:5124 WILLFUL VIOLATION OF LAWS AND REGULATIONS       Pending
                             PERTAINING TO TRANSPORTATION OF MATERIAL (F)

    1 -   1 IND     2        49:5124 WILLFUL VIOLATION OF LAWS AND REGULATIONS       Pending
                             PERTAINING TO TRANSPORTATION OF HAZARDOUS MATERIAL
                             (F)

    1 -   1 IND     3        49:5124 WILLFUL VIOLATION OF LAWS AND REGULATIONS       Pending
                             PERTAINING TO TRANSPORTATION OF HAZARDOUS MATERIAL
                             (F)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A05-0063--CR (JWS)
                          "USA V KRISTER SVEN EVERTSON"

                              For all filing dates
```

Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
          Filed: 07/27/05
         Closed: NO
No. of Defendants: 1

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 07/27/05 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - | 1 | 07/27/05 | [Re: DEF 1] PMP Grand Jury Minutes re: bail set as previously set by MJ; set for arr & notify USM; def on pretrial rls; OR. |
| 3 - | 1 | 07/27/05 | [Re: DEF 1] PLF 1 motion to for the clerk to issue a summons. |
| NOTE - | 1 | 07/28/05 | Issued: Summons. |
| 4 - | 1 | 07/28/05 | [Re: DEF 1] MDJ Order granting motion to for the clerk to issue a summons (3-1). cc: USA |
| 5 - | 1 | 07/28/05 | JDR Minute Order re Arr set for 9/1/05 at 9:30 a.m. cc: USA, USM, USPO, def w/cnsls cy |
| 6 - | 1 | 08/02/05 | USM Return of svc on summons re: DEF 1 executed on 8/2/05. |
| NOTE - | 2 | 08/03/05 | Notation: Proposed Trial Date Setting for Arr to USDJ. |
| 7 - | 1 | 09/01/05 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Argn on Indt (held 9/1/05); K. McCoy appointed; deft plead NG to cts 1 - 3 of the indt; bond set O/R; PTM due 9/21/05; trial date set 11/2/05 at 9:00 a.m.; FPTC set 11/2/05 at 8:30 am; deft to be processed.  cc: USA, FPD, USM, USPO, Judge Sedwick, Finance |
| 8 - | 1 | 09/01/05 | [Re: DEF 1] JDR Order regarding preparation for trial; parties to meet and confer on or before 9/6/05; pretrial motions due 9/21/05.  cc: USA, FPD |
| 9 - | 1 | 09/01/05 | [Re: DEF 1] JDR Order of Personal Recognizance.  cc: USA, FPD, USPO |
| 10 - | 1 | 09/01/05 | [Re: DEF 1] Order setting conditions of release.  cc: USA, FPD, USM, USPO |
| 11 - | 1 | 09/01/05 | [Re: DEF 1] Financial Affidavit. |
| 12 - | 1 | 09/02/05 | [Re: DEF 1] JWS Minute Order re FPTC set for 11/2/05 at 8:30 a.m.; TBJ set for 11/2/05 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 13 - | 1 | 09/09/05 | DEF 1 Unopposed motion on shortened time for order modifying conditions of release w/att aff & exhs. |
| 14 - | 1 | 09/12/05 | [Re: DEF 1] JDR Order granting as directed unopposed motion on shortened time for order modifying conditions of release (13-1). cc: USA, FPD, USM, USPO |
| 15 - | 1 | 09/20/05 | DEF 1 Unopposed motion to extend time on pretrial motions by 10 days w/att aff. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0063--CR (JWS)
                            "USA V KRISTER SVEN EVERTSON"
```

```
                               For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 09/21/05 | [Re: DEF 1] JDR Order granting unopposed motion to extend time on pretrial motions by 10 days (15-1); PTM's due 9/23/05. cc: USA, FPD |
| 17 - 1 | 09/21/05 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 18 - 1 | 09/23/05 | DEF 1 motion (1st) to suppress evidence w/att memo & exhs. |
| 19 - 1 | 09/23/05 | DEF 1 motion (request) for an evidentiary hearing on the 1st motion to suppress. |
| 20 - 1 | 09/26/05 | [Re: DEF 1] JDR Minute Order granting mot (req) for an evid hrg on the 1st mot to suppress (19-1); hrg set 10/14/05 @ 9:30 a.m.. cc: USA, FPD, USM, USPO |
| 21 - 1 | 09/27/05 | DEF 1 motion on shortened time to reschedule evidentiary hearing w/att aff. |
| 22 - 1 | 09/27/05 | DEF 1 motion on shortened time to accept pretrial motions as late-filed by 2 business days w/att aff & PTM's. |
| 23 - 1 | 09/27/05 | [Re: DEF 1] JDR Minute Order granting motion on shortened time to reschedule evidentiary hearing (21-1); evident hrg RESET to 10/17/05 at 9:30 a.m. cc: USA, FPD, USM, USPO |
| 24 - 1 | 09/28/05 | [Re: DEF 1] JDR Order granting motion on shortened time to accept pretrial motions as late-filed (22-1). cc: USA, FPD |
| 25 - 1 | 09/28/05 | DEF 1 motion to suppress evidence derived from execution of SW No. A04-141MJ (AHB) w/att exhs. |
| 26 - 1 | 09/28/05 | DEF 1 motion to dismiss cts 1-3 or, in the alternative for a bill of particulars on cts 1-3 w/att exhs. |
| 27 - 1 | 09/28/05 | [Re: DEF 1] JDR Minute Order re evident hrg on mot to suppress (25-1) set for 10/17/05 at 9:30 a.m. cc: USA, FPD, USM, USPO |
| 28 - 1 | 09/30/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion (1st) to suppress evidence (18-1). |
| 29 - 1 | 10/04/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence derived from execution of SW No. A04-141MJ (AHB) (25-1). |
| 30 - 1 | 10/04/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss cts 1-3 or, in the alternative for a bill of particulars on cts 1-3 (26-1) w/att exh. |
| 31 - 1 | 10/05/05 | JDR Order denying motion to dismiss cts 1-3 or, granting the motion for a bill of particulars as stated (26-1).  The gov shall provide Everston with a bill of particulars w/in seven days.  cc: cnsl, Judge Sedwick |
| 32 - 1 | 10/11/05 | DEF 1 Unopposed motion on shortened time for order vacating the current trial date & for an order declaring the case unusual under the Speedy Trial Act w/att aff & exhs. |
| 33 - 1 | 10/11/05 | {SEALED} |
| 34 - 1 | 10/11/05 | [Re: DEF 1] JWS Minute Order granting unoppo mot on shortened time for ord vacating the current trial (32-1); 11/2/05 FPTC & TBJ continued to |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0063--CR (JWS)
                           "USA V KRISTER SVEN EVERTSON"

                              For all filing dates

Document #    Filed       Docket text
_____    _____       _____

                          1/9/06 @ 8:30 a.m. & 9:00 a.m., respectively; excludable delay found
                          under 18 USC 3161(h)(8(A). cc: USA, FPD, USM, USPO, MJ Roberts, JC

  35 -  1    10/12/05     [Re: DEF 1] PLF 1 motion (joint) on shortened time to continue the
                          10/17/05 evidentiary hrg to week of 11/2/05.

  36 -  1    10/12/05     [Re: DEF 1] PLF 1 Bill of Particulars.

  37 -  1    10/14/05     [Re: DEF 1] JDR Order granting motion (joint) on shortened time to
                          continue the 10/17/05 evidentiary hrg (35-1); evident hrg reset for
                          11/2/05 at 1:30 p.m. cc: USA, FPD, USM, USPO

  38 -  1    11/04/05     [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Evid Hrg on
                          Mot to Suppress Evidence (dkt 18) and Mot to Suppress Evidence Derived
                          from Execution of Search Warrant No A04-141MJ (AHB)(dkt 25) (held
                          11/2/05); mots subitted; court to issue written R&R; wit & exh list att.

  39 -  1    11/14/05     [Re: DEF 1] Transcript of Evidentiary Hearing on Motion to Suppress
                          Evidence (Dkt 18) and Motion to Suppress Evidence Derived from Execution
                          of Search Warrant A04-141 MJ (AHB) (DKT 25) (held 11/2/05). (in expando
                          behind case file)

  40 -  1    11/16/05     Initial R&R re: DEF 1 motion to suppress evidence derived from execution
                          of SW No. A04-141MJ (AHB) (25-1).  Objections due 11/28/05. Reply due
                          12/01/05. cc: AUSA, FPD, Judge Sedwick

  41 -  1    11/21/05     DEF 1 objection to R&R re: DEF 1 motion to suppress evidence derived
                          from execution of SW No. A04-141MJ (AHB) (25-1).
```