

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>vs.<br><br>KRISTER SVEN EVERTSON,<br><br>Defendant. | A05-063 CR (JWS)<br><br>**FINAL RECOMMENDATION REGARDING MOTION TO SUPPRESS EVIDENCE DERIVED FROM SEARCH WARRANT**<br><br>(Docket No. 25) |

Defendant **Krister Evertson** has timely filed objections to the recommendation addressing his motion to suppress.  Docket No. 41.  The government filed no reply to the objections, and none is deemed necessary.  Upon due consideration of the objections the magistrate judge declines to modify the recommendation.

The objections argue that the magistrate judge's impartiality might reasonably be questioned under 28 U.S.C. § 455(a), because the recommendation

42

Case 3:05-cr-00063-RRB    Document 42    Filed 12/02/2005    Page 2 of 2

reviews a search warrant issued by the same magistrate judge. Notably the defendant cites no case authority in support of his position. The factual basis relied upon by the magistrate judge to issue the search warrant is contained on the record in the application and affidavit seeking the warrant. No extra judicial knowledge is or can be relied upon for the issuance of the warrant or its judicial review. The mere request for a judicial officer to review his own decisions by itself does not constitute the appearance of impropriety under 28 U.S.C. § 455(a). The result is the same as if the district judge himself had issued the search warrant and the matter came before him for judicial review on a motion to suppress. Moreover, the determination of the motion to suppress has been retained by the assigned district judge and the magistrate judge has no dispositive authority over the defendant's motion to suppress in this case. For these reasons the suggestion for recusal is totally lacking in merit.

The magistrate judge declines to modify the recommendation and the matter shall now be forwarded to the assigned district judge for his determination.

DATED this 2nd day of December, 2005, at Anchorage, Alaska.

JOHN D. ROBERTS
United States Magistrate Judge

A05-0063--CR (JWS)     12-2-05
-------------------------------------------------
K. MCCOY (FPD)
S. COLLINS (US ATTY)
JUDGE SEDWICK

A05-063 CR (JWS) Evertson @25 FINAL RR Mtn to Suppress Evidence.wpd

2