TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 29 PM 2: 54

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KRISTER "KRIS" SVEN )<br>EVERTSON, a.k.a. "Chris )<br>Erickson", a.k.a. "Krister )<br>Erickson" )<br>)<br>Defendant. ) | No. A05-063 CR (JWS)<br><br>**NOTICE OF SUBSTITUTION<br>OF COUNSEL** |

COMES NOW the United States Attorney's Office, by and through Bryan Schroder, Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following address:

Bryan Schoder
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
(907) 271-5071
Fax: (907) 271-1500

RESPECTFULLY SUBMITTED on this <u>29th</u> day of December, 2005, in Anchorage, Alaska.

                                       TIMOTHY M. BURGESS
                                       United States Attorney

                                       Bryan Schoder
                                       Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct
copy of the foregoing was sent to the following counsel
of record on Dec. 29, 2005, via:

      (X) FPD pickup box in USAO

Kevin McCoy
Asst. Federal Public Defender
550 W. 7th Ave., 600
Anchorage, Alaska  99501

Executed at Anchorage, Alaska, on Dec. 29, 2005

Legal Assistant
Office of the U.S. Attorney

2