Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. A05-0063 CR (JWS) |
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO USE THE COURT'S DIGITAL EVIDENCE PRESENTATION SYSTEM** |
| KRISTER SVEN EVERTSON, | |
| Defendant. | **(Filed On Shorted Time)** |

Kris Evertson gives notice of his intent to use the Court's Digital Evidence

Presentation System (DEPS) in the trial in the above-styled case, currently scheduled to begin

January 9, 2006.

Dated at Anchorage, Alaska this 3rd day of January 2006.

Respectfully submitted,

s/KEVIN F. McCOY
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:          907-646-3400
Fax:             907-646-3480
E-Mail:        kevin_mccoy@fd.org

Certification:
I certify that on January 3, 2006,
a copy of the *Notice of Intent to Use*
*The Court's Digital Evidence Presentation*
*System* was hand delivered to:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy