Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. A05-0063 CR (JWS) |
|---|---|
| Plaintiff, | |
| vs. | **KRIS EVERTSON'S PROPOSED VOIR DIRE QUESTIONS** |
| KRISTER SVEN EVERTSON, | |
| Defendant. | |

Kris Evertson requests this court to ask prospective jurors the following questions concerning their eligibility to serve at his trial.

**I.**
**BURDEN OF PROOF/PRESUMPTION OF INNOCENCE QUESTIONS**

1.      Mr. Evertson asks the court to put general, and as necessary, individual questions to prospective jury members which instruct and test the ability to properly apply the proof beyond a reasonable doubt standard and which instruct and test the ability to genuinely afford Mr. Evertson the full benefit of the presumption of innocence.

## II.
## ABILITY TO FOLLOW THE COURT'S INSTRUCTIONS

2. Those of you who are ultimately selected to serve on this jury will serve as judges of the facts. In other words, you will listen to all the evidence testified to at trial and look at and have an opportunity to study all the exhibits admitted at trial. After that, you will try, if you can, to decide what happened. After you decide what happened, your job is to apply the law that I give you to what happened. Your job is to do that even if you disagree with the law. Is there anyone on the panel who for whatever reason would be uncomfortable following a law that they did not agree with?

3. The problem with this question, is that although I will tell you about the law as we go along, I cannot tell you all of the laws that will apply until all the evidence is in and I have an opportunity to speak with the lawyers to get their views. I need to know whether there is anyone on the panel that would be uncomfortable applying the law if it turns out that you disagree with it?

## III.
## GENERAL BACKGROUND QUESTIONS

4. Does any member of the panel work for law enforcement? Please explain.

5. Does any member of the panel have a background in law enforcement? Please explain.

6. Does any member of the panel have close friends or relatives working in law enforcement? Please explain the relationship. Would it embarrass you if your close friend

or relative learned that you served as a juror in a criminal case and that you returned a not guilty verdict?

7. Does any member of the panel now, or in the past has any member of the panel worked for the Federal Department of Transportation. Please explain what position you had and what your duties were. Did your duties relate in any way to the shipment of hazardous materials? Please explain what your duties were.

8. Does any member of the panel now, or in the past has any member of the panel worked for a State Department of Transportation? Please indicate who you worked for, what position you had, and what your duties were. Did your duties relate in any way to the shipment of hazardous materials? Please explain what your duties were.

9. Has any member of the panel worked for the United States Postal Service? As part of your employment have your received training related to the mailing of hazardous materials? When was the training? What subjects were covered?

10. Has any member of the panel now, or in the past worked for a commercial shipper, such as Fed Ex, U.P.S., or any other commercial shipper? Who did you work for? What was the nature of your work? Did you receive training related to the shipment of hazardous materials? Please elaborate on the nature of the training you received.

11. Has any member of the panel had training or experience related to the handling of hazardous materials? Please elaborate on your training and experience.

12. Has any member of the panel had training or experience related to the removal of hazardous materials? Please elaborate on your training and experience.

13. Has any member of the panel had training or experience related to the handling of hazardous material? Please elaborate on your training and experience.

14. Has any member of the panel had training or experience related to the shipment of hazardous material? Please elaborate on your training and experience.

## IV.
## QUESTIONS RELATED TO SODIUM METAL

15. Is there any member of the panel who is familiar with sodium metal? Please explain the nature and circumstances of your familiarity with sodium metal.

16. Has any member of the panel used sodium metal, either as part of their education or during the course of their employment? Please explain the nature and circumstances of you work with sodium metal.

17. Has any member of the panel for any reason had occasion to transport or to ship sodium metal? Please explain the circumstances and reasons you had for transporting or shipping sodium metal.

## V.
## SPECIFIC OFFENSE/DEFENSE QUESTIONS

18. In this case, the government claims that in 2004, Mr. Evertson improperly shipped a hazardous substance and the hazardous substance was a substance known as sodium metal. Is there anyone on the panel who knows someone who has been prosecuted for this kind of offense? Please explain.

19. Is there anyone on the panel who is familiar with the laws governing the shipment of a hazardous substance? Please explain your familiarity.

20. Is there anyone on the panel who is not open to the possibility that Mr. Evertson is not guilty?

## VI.
## PRETRIAL PUBLICITY QUESTIONS

21. Have any of you heard about this case?

   a. Who did you hear this information from?

   b. Do you remember what you heard?

   c. When did you hear the information that you mentioned?

   d. Would this information that you heard influence how you consider the evidence in this case?

22. Have any of you read about this case?

   a. Where did you read about this case?

   b. When did you read this information?

   c. Do you remember what you read?

   d. Would what you read influence how you consider the evidence in this case?

23. Have any of you followed news reports, either in the paper or on television?

    a.    What was the news source that you remember seeing, hearing, and/or reading?

    b.    When did you get this information?

    c.    Do you remember the information from the news source?

    d.    Would what you heard or read influence or color how you would view the evidence in this case?

Dated at Anchorage, Alaska this 3rd day of January 2006.

Respectfully submitted,

s/KEVIN F. McCOY
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:    907-646-3400
Fax:    907-646-3480
E-Mail:    kevin_mccoy@fd.org

Certification:
I certify that on January 3, 2006,
a copy of *Kris Evertson's Proposed Voir Dire Questions* was hand delivered to:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

s/Kevin F. McCoy