# CHAPTER 51—TRANSPORTATION OF HAZARDOUS MATERIAL

Sec.
5101. Purpose.
5102. Definitions.
5103. General regulatory authority.
5104. Representation and tampering.
5105. Transporting certain highly radioactive material.
5106. Handling criteria.
5107. Hazmat employee training requirements and grants.
5108. Registration.
5109. Motor carrier safety permits.
5110. Shipping papers and disclosure.
5111. Rail tank cars.
5112. Highway routing of hazardous material.
5113. Unsatisfactory safety rating.
5114. Air transportation of ionizing radiation material.
5115. Training curriculum for the public sector.
5116. Planning and training grants, monitoring, and review.
5117. Exemptions and exclusions.
5118. Inspectors.
5119. Uniform forms and procedures.
5120. International uniformity of standards and requirements.
5121. Administrative.
5122. Enforcement.
5123. Civil penalty.
5124. Criminal penalty.
5125. Preemption.
5126. Relationship to other laws.
5127. Authorization of appropriations.

## CROSS REFERENCES

Commercial motor vehicle operator regulations as ensuring individuals qualify to operate vehicles under regulations prescribed under this chapter, see 49 USCA § 31305.

Comprehensive environmental response, compensation, and liability transportation of hazardous substances regulated under this chapter, see 42 USCA § 9656.

Criminal penalties for possession of explosive in airport not applicable if transportation is exempt or subject to regulations pursuant to this chapter, see 18 USCA § 844.

Hazardous waste management standards applicable to transportation of hazardous waste consistent with requirements of this chapter, see 42 USCA § 6923.

Provisions not affecting this chapter or regulations prescribed under this chapter relating to—

  Civil penalties under special authority of Secretary of Transportation, see 49 USCA § 521.

  Commercial motor vehicle safety regulation, see 49 USCA § 31146.

  Hazardous waste management identification and listing of hazardous waste, see 42 USCA § 6921.

Railroad safety—

  Employee protection for complaints or proceedings relating to enforcement of this chapter, see 49 USCA § 20109.

Exhibit A (Table of Contents for Title 49, Chapter 51)