(A) Offered for transportation or transported by aircraft,
(B) A hazardous waste, or
(C) An undeclared hazardous material
(3) An undeclared hazardous material discovered in an air passenger's checked or carry-on baggage during the airport screening process. (For discrepancy reporting by carriers, see §175.31 of this subchapter.)

§§ 171.17–171.18  [Reserved]

§ 171.19  Approvals or authorizations issued by the Bureau of Explosives.

Effective December 31, 1998, approvals or authorizations issued by the Bureau of Explosives (BOE), other than those issued under part 179 of this subchapter, are no longer valid.

[63 FR 37459, July 10, 1998]

§ 171.20  Submission of Examination Reports.

(a) When it is required in this subchapter that the issuance of an approval by the Associate Administrator be based on an examination by the Bureau of Explosives (or any other test facility recognized by RSPA), it is the responsibility of the applicant to submit the results of the examination to the Associate Administrator.

(b) Applications for approval submitted under paragraph (a) of this section, must be submitted to the Associate Administrator for Hazardous Materials Safety, Research and Special Programs Administration, Washington, DC 20590–0001.

(c) Any applicant for an approval aggrieved by an action taken by the Associate Administrator, under this subpart may file an appeal with the Administrator, RSPA within 30 days of service of notification of a denial.

[Amdt. 171–54, 45 FR 32692, May 19, 1980, as amended by Amdt. 171–66, 47 FR 43064, Sept. 30, 1982; Amdt. 171–109, 55 FR 39978, Oct. 1, 1990; Amdt. 171–111, 56 FR 66162, Dec. 20, 1991; 66 FR 45378, Aug. 28, 2001]

§ 171.21  Assistance in investigations and special studies.

(a) A carrier who is responsible for reporting an incident under the provisions of §171.16 shall make all records and information pertaining to the incident available to an authorized representative or special agent of the Department upon request. The carrier shall give an authorized representative or special agent of the Department reasonable assistance in the investigation of the incident.

(b) If the Department makes an inquiry to a carrier of hazardous materials in connection with a study of incidents, the carrier shall—
(1) Respond to the inquiry within 30 days after its receipt or within such other time as the inquiry may specify; and
(2) Provide full, true, and correct answers to any questions included in the inquiry.

[Amdt. 171–101, 54 FR 25813, June 19, 1989, as amended at 66 FR 45378, Aug. 28, 2001]

EFFECTIVE DATE NOTE: At 68 FR 67758, Dec. 3, 2003, §171.21 was revised, effective July 1, 2004. At 69 FR 30119, May 26, 2004, the effective date was delayed until Jan. 1, 2005. For the convenience of the user the revised text follows:

§ 171.21  Assistance in investigations and special studies.

(a) A shipper, carrier, package owner, package manufacturer or certifier, repair facility, or person reporting an incident under the provisions of §171.16 must:
(1) Make all records and information pertaining to the incident available to an authorized representative or special agent of the Department of Transportation upon request; and
(2) Give an authorized representative or special agent of the Department of Transportation reasonable assistance in the investigation of the incident.

(b) If an authorized representative or special agent of the Department of Transportation makes an inquiry of a person required to complete an incident report in connection with a study of incidents, the person shall:
(1) Respond to the inquiry within 30 days after its receipt or within such other time as the inquiry may specify; and
(2) Provide true and complete answers to any questions included in the inquiry.

PART 172—HAZARDOUS MATERIALS TABLE, SPECIAL PROVISIONS, HAZARDOUS MATERIALS COMMUNICATIONS, EMERGENCY RESPONSE INFORMATION, AND TRAINING REQUIREMENTS

Subpart A—General

Sec.
172.1  Purpose and scope.
172.3  Applicability.

Subpart B—Table of Hazardous Materials and Special Provisions

172.101  Purpose and use of hazardous materials table.
172.102  Special provisions.

Subpart C—Shipping Papers

172.200  Applicability.
172.201  Preparation and retention of shipping papers.
172.202  Description of hazardous material on shipping papers.
172.203  Additional description requirements.
172.204  Shipper's certification.
172.205  Hazardous waste manifest.

Subpart D—Marking

172.300  Applicability.
172.301  General marking requirements for non-bulk packagings.
172.302  General marking requirements for bulk packagings.
172.303  Prohibited marking.
172.304  Marking requirements.
172.306  [Reserved]
172.308  Authorized abbreviations.
172.310  Class 7 (radioactive) materials.
172.312  Liquid hazardous materials in non-bulk packagings.
172.313  Poisonous hazardous materials.
172.315  Packages containing limited quantities.
172.316  Packagings containing materials classed as ORM–D.
172.320  Explosive hazardous materials.
172.321  Air eligibility mark.
172.322  Marine pollutants.
172.323  Infectious substances.
172.324  Hazardous substances in non-bulk packagings.
172.325  Elevated temperature materials.
172.326  Portable tanks.
172.328  Cargo tanks.
172.330  Tank cars and multi-unit tank car tanks.
172.331  Bulk packagings other than portable tanks, cargo tanks, tank cars and multi-unit tank car tanks.
172.332  Identification number markings.
172.334  Identification numbers; prohibited display.
172.336  Identification numbers; special provisions.
172.338  Replacement of identification numbers.

Subpart E—Labeling

172.400  General labeling requirements.
172.400a  Exceptions from labeling.
172.401  Prohibited labeling.
172.402  Additional labeling requirements.
172.403  Class 7 (radioactive) material.
172.404  Labels for mixed and consolidated packaging.

Exhibit B (Table of Contents for 49 C.F.R. §172 et. seq.)