FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription   05/26/2004

At approximately 11:28 am 05/26/2004, Krister Sven Evertson, born 03/26/1954, SSAN 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, address 3030 North Eureka Circle, Wasilla, Alaska was arrested by Special Agents of the Federal Bureau of Investigation pursuant to a federal arrest warrant signed by U.S. Magistrate Judge Harry Branson.

At 11:45 am on 05/26/2004, Evertson, via FBI Advice of Rights form FD-395, was advised of his rights and agreed to answer questions from FBI Agents.

At approximately 12:15 pm, Evertson was transported to the Wasilla Police Department for questioning by FBI Special Agent Derek D. Espeland and U.S. Department of Transportation Special Agent Brady C. Ipock. Evertson was provided water to drink and the opportunity to use the restroom before the interview began.

At approximately 12:25 pm on 05/26/2004, Evertson signed a handwritten consent form thus allowing SA Colton Seale to search vehicles located on the premises located at 3030 North Eureka Circle, Wasilla, Alaska. The signing of the consent form by Evertson was witnessed by SA Espeland and SA Ipock. The hand written consent form was placed in the 1A section of this case file.

After being advised of the identity of the interviewing Agents and the purpose of the interview, he provided the following information:

Evertson has resided in Alaska since 1974. Prior to Alaska, Evertson lived in Hawaii and Florida.

Evertson said he had never heard of Thermo Tech Enterprises, nor had he ever bought a house in Cary, North Carolina.

Evertson said he obtained 10 metric tons of sodium metal through SBH Corp., a company that he was president of until the corporate license expired. The sodium metal was purchased from China for $16,000 via unspecified bank accounts. The sodium metal was shipped into either the Seattle or Tacoma,

Investigation on   05/26/2004   at   Wasilla, Alaska

File #  279A-AN-13925                                          Date dictated   05/26/2004
        SA Derek D. Espeland FBI
by      SA Brady C. Ipock DOT/OIC

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

Exhibit Tab D (Evertson's Statement)–Page 1

FD-302a (Rev. 10-6-95)

279A-AN-13925

Continuation of FD-302 of __Krister Sven Evertson__, On __05/26/2004__, Page __2__

Washington port in either May 2001 or May 2002. The majority of the 10 metric tons of sodium metal, along with 20 metric tons of Borax, was being stored in Salmon, Idaho. Evertson explained the sodium metal in Idaho was wetted, not immersed, in some kind of oil, then put inside two plastic bags inside 55 gallon drums. The 55 gallon drums were stored outside with a tarp over them at a welding supply store called Steel & Ranch (2 Highway 28, Salmon, Idaho).

Evertson would not specify how he got a portion of the sodium metal to Alaska, but he provided the following statement "if I say how I got it here it might get me in bigger trouble." The sodium metal was allegedly obtained to manufacture sodium borohydride (SBH). Evertson planned to sell sodium borohydride on the chemical market for approximately $36.00 per pound wholesale. Evertson intended to develop a method of creating SBH at a cost of approximately $3.00 per pound. He has been working on his SBH process since 1997.

Evertson went into business with his brother-in-law, Tim Sundles, who is married to Evertson's sister, Dianna Sundles. The business venture, SBH Corp., was to manufacture sodium borohydride and sell it on the chemical market for $36.00 per pound. Tim Sundles allegedly contributed $100,000 in capital to fund the business venture. Evertson stated words to the effect that Sundles was upset with him but did not specify as to why. Evertson explained that SBH ran out of money before Evertson's chemical process for making sodium borohydride could prove successful. Evertson stated that he could not make his chemical reaction to reach 450 degrees Celsius.

According to Evertson, sodium borohydride is used for bleaching newspaper and recycled paper.

Evertsons process for manufacturing sodium borohydride involved mixing sodium metal, hydrogen, Borax, and mineral oil.

Evertson said he had never personally tested exposing sodium metal to water, but that he had read about the reaction and said "it could explode." He further explained that he saw something on eBay where they exposed sodium metal to water and it exploded. Evertson used hand gestures and noises to demonstrate the explosion.

Exhibit Tab D (Evertson's Statement)–Page 2

FD-302a (Rev. 10-6-95)

279A-AN-13925

Continuation of FD-302 of __Krister Sven Evertson__, On __05/26/2004__, Page __3__

    Evertson conducted personal research and discovered that there is a market for sodium borohydride involving 4000 metric tons at $70,000 to $80,000 per ton.

    Evertson claimed to be a "self-taught" chemist. He stated he had approximately 128 college credits in business and political science (Brigham Young University and University of Hawaii) but did not have a degree. He said he was more interested in the opposite sex and his own personal chemical experiments than school.

    Prior to shipping the sodium metal he claimed to have researched Department of Transportation and U.S. Postal regulations on the internet but said he did not feel he got the answers he needed from the guidelines. He denied knowledge of knowing the rules for shipping sodium metal. He copied DOT regulations from other eBay accounts relating to the packaging, labeling, placarding, and shipping of sodium metal for his use in selling sodium metal on eBay. He was somewhat familiar with packing groups (PG), but he could not recall which packing group was proper for shipping sodium metal. Evertson was not familiar with proper shipping names, UN numbers, labeling, placarding, or hazardous material shipping documents.

    Evertson recognized that sodium metal was a hazardous material, but said he did not tell Bogard Mail Services he was shipping a hazardous material because he did not think it was necessary. Evertson denied checking the "other" box instead of the "hazardous material" box on Bogard's shipping sticker and said the lady working there must have checked that box. Evertson described the lady working at Bogard as a short, skinny, white lady possibly named Theresa. Evertson did put a material safety data sheet (MSDS) inside each shipment because he thought that was necessary. He also thought it was necessary to either double bag or double box the sodium metal, so he decided to double bag it inside a metal container and ship it in a cardboard box. Evertson got the idea how to package and mail the sodium metal based on the way he received it from China.

    Evertson said he had no formal hazardous material training, but he had researched it on the Internet. He also had no security plan, but he believed there was a 1-800 number on the MSDS that would suffice for emergency response information.

Exhibit Tab D (Evertson's Statement)–Page 3