FD-302a (Rev. 10-6-95)

279A-AN-13925

Continuation of FD-302 of __Krister Sven Evertson__, On __05/26/2004__, Page __4__

    Evertson chose to use UPS ground transportation for shipment because he understood that sodium metal should be shipped via ground transportation, and that UPS ground meant that it would be transported via ground transportation. He did not understand that UPS ground shipment from Alaska actually involved air transportation. He did not use U.S. postal facilities to ship sodium metal because of posters displayed in those facilities prohibiting mailing of chemicals. Therefore, realizing sodium metal was a chemical, he did not use U.S. mail to ship sodium metal to the purchasers. He believed that UPS, FedEx, and Postal facilities in Alaska were capable of transporting shipments via ground transportation. He stated he never mailed sodium metal by U.S. mail.

    Evertson said some of the people he was selling sodium metal to through eBay told him they were using it for medical purposes, but he did not know exactly how.

    Evertson explained that he used the last name of Eriksson (and other spellings such as Ericksson, Erikson, etc.) except for on "legal stuff" when he would use Evertson. Evertson's father was originally named Sven Eriksson when he was born in Sweden. When Sven Eriksson immigrated to the U.S., he changed his name to Sven Evertson because his father's name was Evert (Evert's son). When Evertson was on his mission for the Mormon church, his father changed their family name back to Eriksson; however, Evertson was already over 18 years of age, so his legal name remained Evertson.

    Evertson said he had on occasion accidentally mixed up the last four numbers of his social security number, and he believed he used 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 sometimes.

    Evertson thought about using magnesium in the manufacturing process of sodium borohydride, but he never purchased magnesium to test his theory.

    Evertson has experimented with making SBH using silicone metal versus sodium metal. He explained that silicone metal is much less hazardous to handle and cheaper to obtain than sodium metal. He claimed to have generated very small quantities (1 gram) of hazardous wastes from his experiments.

    Evertson explained that the sodium cyanide (NaCN) found in his garage was purchased over twenty years ago. It was

Exhibit Tab D (Evertson's Statement)–Page 4

FD-302a (Rev. 10-6-95)

279A-AN-13925

Continuation of FD-302 of __Krister Sven Evertson__, On __05/26/2004__, Page __5__

allegedly to be used in gold extraction and in research on how to create sodium cyanoborohydride to be sold on the chemical market. Evertson explained that the chemical process for making sodium cyanoborohydride involved reacting SBH and anhydrous Iodine to form diborane. The diborane would be reacted with NaCN to create sodium cyanoborohydride.

Evertson claimed to have a five gallon container of Diglyme in his van located at his residence. The Diglyme was alleged to be the preferred solvent to precipitate ("or the opposite") SBH.

Sulfuric Acid, Nitric Acid (70%), and Muriatic Acid (approximately 35% Hydrochloric Acid) were found in his garage. Along with the 50% Hydrogen Peroxide, Evertson used acids to reduce iodine from sodium iodide. The Nitric Acid was specifically used to create palladium chloride. The process involved reacting palladium with "royal water". "Royal water" was further described as a 3 to 1 ratio of Hydrochloric Acid Nitric Acid. Palladium chloride can allegedly be sold for $260.00 per ounce. Palladium chloride was described as a reddish brown powder.

Butylamine was used to lower the boiling point in some reactions involving the solvent Diglyme. According to Evertson, butylamine has a lower boiling point than Diglyme.

Evertson stated that in his garage he had a plastic box containing a white substance in a plastic baggy ("puffed up"). The item was described as sodium hydride and that he purchased it from China in 1999.

Evertson admitted to having a book titled "How to Create a New Identity" from Palladin Press. He said he likes to learn new things and that he was curious. He thought that it may be bad to possess the book but bought it regardless.

Evertson uses a plastic container to store iodine in order to keep it from subliming.

Evertson explained his rationale for attempting to manufacture SBH. He researched chemical values in a chemical periodical and selected the eight highest value chemicals that were cheapest to make. Utilizing the internet, he then researched patents to understand the manufacturing processes.

Exhibit Tab D (Evertson's Statement)–Page 5

FD-302a (Rev. 10-6-95)

279A-AN-13925

Continuation of FD-302 of __Krister Sven Evertson__, On __05/26/2004__, Page __6__

He conducted further research at the Loussac Library located in Anchorage, Alaska, to determine how to make the eight chemicals he had selected. He also conducted cost/expense ratios to determine which chemicals would be the cheapest to make and the most profitable. Sodium borohydride met this requirement.

Evertson vehemently denied have anything to do with methamphetamines or having any associates that had anything to do with methamphetamines.

When asked about a business card for Intermountain Self Storage that was found in his wallet, Evertson said he had personal business stuff from SBH Corp. in the storage unit located in Idaho Falls, Idaho.

Evertson was repeatedly asked if he was on any medications or under the influence of alcohol with emphatically negative replies. He admitted to taking glucosamine for arthritis, penicillin , and aspirin. Evertson was also asked if he had an diseases or illnesses, and he said other than his stuttering, he was "healthy as a horse."

At approximately 1:00 p.m. and at 1:34 p.m. Evertson was asked if he wanted anything besides water to drink or if he needed a break. His reply was negative.

At approximately 2:08 p.m. the interview was terminated, however Evertson continued to provide information until remanded to the Anchorage jail.

At approximately 2:22 p.m. Evertson and the interviewing Agents departed Wasilla Police Department enroute to Evertson's residence located at 3030 North Eureka Circle, Wasilla, Alaska, arriving at 2:34 p.m.

Evertson was asked to identify unknown substances inside his garage. He voluntarily provided the following:

    Nickel metal located inside a cardboard box.
    Reacted Sodium Hydroxide and Borax (an experiment to create Sodium orthoborate)
    Sodium Cyanide
    Two bottles of liquid containing silicone, SBH, Borax, and mineral oil.
    Rusty can containing gold coins.

Exhibit Tab D (Evertson's Statement)–Page 6