FD-302a (Rev. 10-6-95)

279A-AN-13925

Continuation of FD-302 of __Krister Sven Evertson__ , On __05/26/2004__ , Page __7__

    At approximately 3:15 pm on 05/26/2004, Evertson signed a hand written consent form allowing Special Agents of the FBI to seize sodium cyanide, nitric acid, sulfuric acid, hydrochloric acid and any other chemicals on his property located at 3030 North Eureka Circle, Wasilla, Alaska. The hand written consent form was signed by Evertson and witnessed by SA Espeland and SA James B. Keesling. The consent form was placed into the 1A section of this case file.

    Evertson was shown and provided a copy of the search warrant for his residence at 3:53 pm. SA Espeland read the search warrant to Evertson and provided him with a copy.

    SA Espeland, SA Ipock, and Evertson departed the residence at 3:58 pm bound for the Anchorage Jail facility.

    At approximately 4:15 p.m., at Evertson's request, SA Espeland stopped at a coffee stand located near the intersection of the Glenn Highway and Parks Highway intersection in order to purchase food for Evertson.

    SA Espeland, SA Ipock, and Evertson arrived at Anchorage Jail at approximately 4:52 p.m.

Exhibit Tab D (Evertson's Statement)–Page 7