172.405 Authorized label modifications.
172.406 Placement of labels.
172.407 Label specifications.
172.411 EXPLOSIVE 1.1, 1.2, 1.3, 1.4, 1.5 and 1.6 labels, and EXPLOSIVE Subsidiary label.
172.415 NON-FLAMMABLE GAS label.
172.416 POISON GAS label.
172.417 FLAMMABLE GAS label.
172.419 FLAMMABLE LIQUID label.
172.420 FLAMMABLE SOLID label.
172.422 SPONTANEOUSLY COMBUSTIBLE label.
172.423 DANGEROUS WHEN WET label.
172.426 OXIDIZER label.
172.427 ORGANIC PEROXIDE label.
172.429 POISON INHALATION HAZARD label.
172.430 POISON label.
172.431 [Reserved]
172.432 INFECTIOUS SUBSTANCE label.
172.436 RADIOACTIVE WHITE-I label.
172.438 RADIOACTIVE YELLOW-II label.
172.440 RADIOACTIVE YELLOW-III label.
172.441 FISSILE label.
172.442 CORROSIVE label.
172.444 [Reserved]
172.446 CLASS 9 label.
172.448 CARGO AIRCRAFT ONLY label.
172.450 EMPTY label.

### Subpart F—Placarding

172.500 Applicability of placarding requirements.
172.502 Prohibited and permissive placarding.
172.503 Identification number display on placards.
172.504 General placarding requirements.
172.505 Placarding for subsidiary hazards.
172.506 Providing and affixing placards: Highway.
172.507 Special placarding provisions: Highway.
172.508 Placarding and affixing placarding: Rail.
172.510 Special placarding provisions: Rail.
172.512 Freight containers and aircraft unit load devices.
172.514 Bulk packagings.
172.516 Visibility and display of placards.
172.519 General specifications for placards.
172.521 DANGEROUS placard.
172.522 EXPLOSIVES 1.1, EXPLOSIVES 1.2 and EXPLOSIVES 1.3 placards.
172.523 EXPLOSIVES 1.4 placard.
172.524 EXPLOSIVES 1.5 placard.
172.525 EXPLOSIVES 1.6 placard.
172.526 [Reserved]
172.527 Background requirements for certain placards.
172.528 NON-FLAMMABLE GAS placard.
172.530 OXYGEN placard.
172.532 FLAMMABLE GAS placard.
172.536 [Reserved]
172.540 POISON GAS placard.
172.542 FLAMMABLE placard.
172.544 COMBUSTIBLE placard.
172.546 FLAMMABLE SOLID placard.
172.547 SPONTANEOUSLY COMBUSTIBLE placard.
172.548 DANGEROUS WHEN WET placard.
172.550 OXIDIZER placard.
172.552 ORGANIC PEROXIDE placard.
172.553 [Reserved]
172.554 POISON placard.
172.555 POISON INHALATION HAZARD placard.
172.556 RADIOACTIVE placard.
172.558 CORROSIVE placard.
172.560 CLASS 9 placard.

### Subpart G—Emergency Response Information

172.600 Applicability and general requirements.
172.602 Emergency response information.
172.604 Emergency response telephone number.
172.606 Carrier information contact.

### Subpart H—Training

172.700 Purpose and scope.
172.701 Federal-State relationship.
172.702 Applicability and responsibility for training and testing.
172.704 Training requirements.

### Subpart I—Security Plans

172.800 Purpose and applicability.
172.802 Components of a security plan.
172.804 Relationship to other Federal requirements.
APPENDIX A TO PART 172—OFFICE OF HAZARDOUS MATERIALS TRANSPORTATION COLOR TOLERANCE CHARTS AND TABLES
APPENDIX B TO PART 172—TREFOIL SYMBOL
APPENDIX C TO PART 172—DIMENSIONAL SPECIFICATIONS FOR RECOMMENDED PLACARD HOLDER

AUTHORITY: 49 U.S.C. 5101–5127; 49 CFR 1.

SOURCE: Amdt. 172–29, 41 FR 15996, Apr. 1976, unless otherwise noted.

### Subpart A—General

### § 172.1 Purpose and scope.

This part lists and classifies those materials which the Department has designated as hazardous materials for purposes of transportation and prescribes the requirements for shipping papers, package marking, labeling, and transport vehicle placarding applica

Exhibit C (Table of Contents for 49 C.F.R. §173 et. seq.)–Page 1

## Appendix C to Part 172—Dimensional Specifications for Recommended Placard Holder

### APPENDIX C—DIMENSIONAL SPECIFICATIONS FOR RECOMMENDED PLACARD HOLDER



Legend

| in. | mm. |
|---|---|
| 1/4 | 6.3 |
| 3/8 | 9.5 |
| 1/2 | 12.7 |
| 3/4 | 19 |
| 1 1/2 | 38 |
| 2 3/8 | 60 |
| 2 5/8 | 67 |
| 2 3/16 | 55 |
| 2 5/16 | 58 |
| 2 13/16 | 71 |
| 10 3/4 | 273 |
| 12 1/2 | 317 |

Note: Round to nearest mm.

## PART 173—SHIPPERS—GENERAL REQUIREMENTS FOR SHIPMENTS AND PACKAGINGS

### Subpart A—General

Sec.
173.1  Purpose and scope.
173.2  Hazardous materials classes and index to hazard class definitions.
173.2a  Classification of a material having more than one hazard.
173.3  Packaging and exceptions.
173.4  Small quantity exceptions.
173.5  Agricultural operations.
173.5a  Oilfield service vehicles.
173.6  Materials of trade exceptions.

Exhibit C (Table of Contents for 49 C.F.R. §173 *et. seq.*)–Page 2