:CIFICATIONS FOR RECOMMENDED ER

TIONS FOR RECOMMENDED )ER

pening
4" Opening
3/16" Opening
SECTION A-A
A
3/8" R
A
3/4" R
5" Ref
R
10 3/4" Min.

Hazardous materials classes and index hazard class definitions.
Classification of a material having »re than one hazard.
Packaging and exceptions.
Small quantity exceptions.
Agricultural operations.
Oilfield service vehicles.
Materials of trade exceptions.

173.7 U.S. Government material.
173.8 Exceptions for non-specification packagings used in intrastate transportation.
173.9 Transport vehicles or freight containers containing lading which has been fumigated.
173.10 Tank car shipments.
173.12 Exceptions for shipment of waste materials.
173.13 Exceptions for Class 3, Divisions 4.1, 4.2, 4.3, 5.1, 6.1, and Classes 8 and 9 materials.

### Subpart B—Preparation of Hazardous Materials for Transportation

173.21 Forbidden materials and packages.
173.22 Shipper's responsibility.
173.22a Use of packagings authorized under exemptions.
173.23 Previously authorized packaging.
173.24 General requirements for packagings and packages.
173.24a Additional general requirements for non-bulk packagings and packages.
173.24b Additional general requirements for bulk packagings.
173.25 Authorized packagings and overpacks.
173.26 Quantity limitations.
173.27 General requirements for transportation by aircraft.
173.28 Reuse, reconditioning and remanufacture of packagings.
173.29 Empty packagings.
173.30 Loading and unloading of transport vehicles.
173.31 Use of tank cars.
173.32 Requirements for the use of portable tanks.
173.33 Hazardous materials in cargo tank motor vehicles.
173.34 [Reserved]
173.35 Hazardous materials in intermediate bulk containers (IBCs).
173.40 General packaging requirements for toxic materials packaged in cylinders.

### Subpart C—Definitions, Classification and Packaging for Class 1

173.50 Class 1—Definitions.
173.51 Authorization to offer and transport explosives.
173.52 Classification codes and compatibility groups of explosives.
173.53 Provisions for using old classifications of explosives.
173.54 Forbidden explosives.
173.55 [Reserved]
173.56 New explosives—Definition and procedures for classification and approval.
173.57 Acceptance criteria for new explosives.
173.58 Assignment of class and division for new explosives.
173.59 Description of terms for explosives.
173.60 General packaging requirements for explosives.
173.61 Mixed packaging requirements.
173.62 Specific packaging requirements for explosives.
173.63 Packaging exceptions.

### Subpart D—Definitions, Classification, Packing Group Assignments and Exceptions for Hazardous Material Other Than Class 1 and Class 7

173.115 Class 2, Divisions 2.1, 2.2, and 2.3—Definitions.
173.116 Class 2—Assignment of hazard zone.
173.117–173.119 [Reserved]
173.120 Class 3—Definitions.
173.121 Class 3—Assignment of packing group.
173.124 Class 4, Divisions 4.1, 4.2 and 4.3—Definitions.
173.125 Class 4—Assignment of packing group.
173.127 Class 5, Division 5.1—Definition and assignment of packing groups.
173.128 Class 5, Division 5.2—Definitions and types.
173.129 Class 5, Division 5.2—Assignment of packing group.
173.132 Class 6, Division 6.1—Definitions.
173.133 Assignment of packing group and hazard zones for Division 6.1 materials.
173.134 Class 6, Division 6.2—Definitions and exceptions.
173.136 Class 8—Definitions.
173.137 Class 8—Assignment of packing group.
173.140 Class 9—Definitions.
173.141 Class 9—Assignment of packing group.
173.144 Other Regulated Materials (ORM)—Definitions.
173.145 Other Regulated Materials—Assignment of packing group.
173.150 Exceptions for Class 3 (flammable) and combustible liquids.
173.151 Exceptions for Class 4.
173.152 Exceptions for Division 5.1 (oxidizers) and Division 5.2 (organic peroxides).
173.153 Exceptions for Division 6.1 (poisonous materials).
173.154 Exceptions for Class 8 (corrosive materials).
173.155 Exceptions for Class 9 (miscellaneous hazardous materials).
173.156 Exceptions for ORM materials.

### Subpart E—Non-bulk Packaging for Hazardous Materials Other Than Class 1 and Class 7

173.158 Nitric acid.
173.159 Batteries, wet.
173.160 Bombs, smoke, non-explosive (corrosive).
173.161 Chemical kits and first aid kits.

Exhibit C (Table of Contents for 49 C.F.R.§173 *et. seq.*)–Page 3