173.162 Gallium.
173.163 Hydrogen fluoride.
173.164 Mercury (metallic and articles containing mercury).
173.166 Air bag inflators, air bag modules and seat-belt pretensioners.
173.170 Black powder for small arms.
173.171 Smokeless powder for small arms.
173.172 Aircraft hydraulic power unit fuel tank.
173.173 Paint, paint-related material, adhesives and ink and resins.
173.174 Refrigerating machines.
173.181 Pyrophoric materials (liquids).
173.182 Barium azide—50 percent or more water wet.
173.183 Nitrocellulose base film.
173.184 Highway or rail fusee.
173.185 Lithium batteries and cells.
173.186 Matches.
173.187 Pyrophoric solids, metals or alloys, n.o.s.
173.188 White or yellow phosphorous.
173.189 Batteries containing sodium or cells containing sodium.
173.192 Packaging for certain toxic gases in Hazard Zone A.
173.193 Bromoacetone, methyl bromide, chloropicrin and methyl bromide or methyl chloride mixtures, etc.
173.194 Gas identification sets.
173.195 Hydrogen cyanide, anhydrous, stabilized (hydrocyanic acid, aqueous solution).
173.196 Infectious substances.
173.197 Regulated medical waste.
173.198 Nickel carbonyl.
173.199 Diagnostic specimens and used health care products.
173.201 Non-bulk packagings for liquid hazardous materials in Packing Group I.
173.202 Non-bulk packagings for liquid hazardous materials in Packing Group II.
173.203 Non-bulk packagings for liquid hazardous materials in Packing Group III.
173.204 Non-bulk, non-specification packagings for certain hazardous materials.
173.205 Specification cylinders for liquid hazardous materials.
173.211 Non-bulk packagings for solid hazardous materials in Packing Group I.
173.212 Non-bulk packagings for solid hazardous materials in Packing Group II.
173.213 Non-bulk packagings for solid hazardous materials in Packing Group III.
173.214 Packagings which require approval by the Associate Administrator.
173.216 Asbestos, blue, brown, or white.
173.217 Carbon dioxide, solid (dry ice).
173.218 Fish meal or fish scrap.
173.219 Life-saving appliances.
173.220 Internal combustion engines, self-propelled vehicles, mechanical equipment containing internal combustion engines, and battery powered vehicles or equipment.
173.221 Polymeric beads, expandable and Plastic molding compound.
173.222 Dangerous good in equipment, machinery or apparatus.
173.223 Musk xylene.
173.224 Packaging and control and emergency temperatures for self-reactive materials.
173.225 Packaging requirements and other provisions for organic peroxides.
173.226 Materials poisonous by inhalation Division 6.1, Packing Group I, Hazard Zone A.
173.227 Materials poisonous by inhalation Division 6.1, Packing Group I, Hazard Zone B.
173.228 Bromine pentaflouride or bromine trifluoride.
173.229 Chloric acid solution or chlorine dioxide hydrate, frozen.

Subpart F—Bulk Packaging for Hazardous Materials Other Than Class 1 and Class 7

173.240 Bulk packaging for certain low hazard solid materials.
173.241 Bulk packagings for certain low hazard liquid and solid materials.
173.242 Bulk packagings for certain medium hazard liquids and solids, including solids with dual hazards.
173.243 Bulk packaging for certain high hazard liquids and dual hazard materials which pose a moderate hazard.
173.244 Bulk packaging for certain pyrophoric liquids (Division 4.2), dangerous when wet (Division 4.3) materials and poisonous liquids with inhalation hazards (Division 6.1).
173.245 Bulk packaging for extremely hazardous materials such as poisonous gases (Division 2.3).
173.247 Bulk packaging for certain elevated temperature materials.
173.249 Bromine.

Subpart G—Gases; Preparation and Packaging

173.300 [Reserved]
173.301 General requirements for shipment of compressed gases in cylinders and spherical pressure vessels.
173.301a Additional general requirements for shipment of specification cylinders.
173.301b [Reserved]
173.302 Filling of cylinders with nonliquefied (permanent) compressed gases.
173.302a Additional requirements for shipment nonliquefied (permanent) compressed gases in specification cylinders.
173.302b [Reserved]
173.303 Charging of cylinders with compressed gas in solution (acetylene).
173.304 Filling of cylinders with liquefied compressed gases.

173.304a Additional r ment of liquefied specification cylin
173.304b [Reserved]
173.305 Charging of cy of compressed gas
173.306 Limited quar gases.
173.307 Exceptions for
173.308 Cigarette ligh vice charged with
173.309 Fire extinguis
173.314 Compressed g multi-unit tank ca
173.315 Compressed ga portable tanks.
173.316 Cryogenic liqu
173.318 Cryogenic liqu
173.319 Cryogenic liqu
173.320 Cryogenic liqu
173.321 Ethylamine.
173.322 Ethyl chloride
173.323 Ethylene oxid
173.334 Organic phosp pressed gas.
173.335 Gas generator
173.336 Nitrogen di dinitrogen tetroxi
173.337 Nitric oxide.
173.338 Tungsten hexa
173.340 Tear gas devic

Subpart H

Subpart I—Class 7 (Rc

173.401 Scope.
173.403 Definitions.
173.410 General desig
173.411 Industrial pa
173.412 Additional d Type A packages.
173.413 Requirement
173.415 Authorized T
173.416 Authorized T
173.417 Authorized f ages.
173.418 Authorized Class 7 (radioactiv
173.419 Authorized Class 7 (radioactiv
173.420 Uranium fissile excepted an
173.421 Excepted p quantities of Class rials.
173.422 Additional cepted packages c dioactive) materia
173.423 Requirement limited quantity materials.
173.424 Excepted pac instruments and a
173.425 Table of act quantities and arti

Exhibit C (Table of Contents for 49 C.F.R. §173 *et. seq.*)–Page 4