Polymeric beads, expandable and ic molding compound.
Dangerous good in equipment, ma ery or apparatus.
Musk xylene.
Packaging and control and emer y temperatures for self-reactive ma ls.
Packaging requirements and other isions for organic peroxides.
Materials poisonous by inhalation, sion 6.1, Packing Group I, Hazard A.
Materials poisonous by inhalation, sion 6.1, Packing Group I, Hazard B.
Bromine pentaflouride or bromine oride.
Chloric acid solution or chlorine di e hydrate, frozen.

t F—Bulk Packaging for Hazardous als Other Than Class 1 and Class 7

Bulk packaging for certain low haz olid materials.
Bulk packagings for certain low haz liquid and solid materials.
Bulk packagings for certain medium rd liquids and solids, including solids dual hazards.
Bulk packaging for certain high haz liquids and dual hazard materials h pose a moderate hazard.
Bulk packaging for certain phoric liquids (Division 4.2), dan us when wet (Division 4.3) materials, poisonous liquids with inhalation rds (Division 6.1).
Bulk packaging for extremely haz us materials such as poisonous gases ision 2.3).
Bulk packaging for certain elevated perature materials.
Bromine.

part G—Gases; Preparation and Packaging

[Reserved]
General requirements for shipment compressed gases in cylinders and erical pressure vessels.
Additional general requirements hipment of specification cylinders.
[Reserved]
Filling of cylinders with nonlique (permanent) compressed gases.
Additional requirements for ship t nonliquefied (permanent) com ssed gases in specification cylinders.
[Reserved]
Charging of cylinders with com ssed gas in solution (acetylene).
Filling of cylinders with liquefied pressed gases.

173.304a  Additional requirements for shipment of liquefied compressed gases in specification cylinders.
173.304b  [Reserved]
173.305  Charging of cylinders with a mixture of compressed gas and other material.
173.306  Limited quantities of compressed gases.
173.307  Exceptions for compressed gases.
173.308  Cigarette lighter or other similar device charged with fuel.
173.309  Fire extinguishers.
173.314  Compressed gases in tank cars and multi-unit tank cars.
173.315  Compressed gases in cargo tanks and portable tanks.
173.316  Cryogenic liquids in cylinders.
173.318  Cryogenic liquids in cargo tanks.
173.319  Cryogenic liquids in tank cars.
173.320  Cryogenic liquids; exceptions.
173.321  Ethylamine.
173.322  Ethyl chloride.
173.323  Ethylene oxide.
173.334  Organic phosphates mixed with compressed gas.
173.335  Gas generator assemblies.
173.336  Nitrogen dioxide, liquefied, or dinitrogen tetroxide, liquefied.
173.337  Nitric oxide.
173.338  Tungsten hexafluoride.
173.340  Tear gas devices.

Subpart H [Reserved]

Subpart I—Class 7 (Radioactive) Materials

173.401  Scope.
173.403  Definitions.
173.410  General design requirements.
173.411  Industrial packagings.
173.412  Additional design requirements for Type A packages.
173.413  Requirements for Type B packages.
173.415  Authorized Type A packages.
173.416  Authorized Type B packages.
173.417  Authorized fissile materials packages.
173.418  Authorized packages—pyrophoric Class 7 (radioactive) materials.
173.419  Authorized packages—oxidizing Class 7 (radioactive) materials.
173.420  Uranium hexafluoride (fissile, fissile excepted and non-fissile).
173.421  Excepted packages for limited quantities of Class 7 (radioactive) materials.
173.422  Additional requirements for excepted packages containing Class 7 (radioactive) materials.
173.423  Requirements for multiple hazard limited quantity Class 7 (radioactive) materials.
173.424  Excepted packages for radioactive instruments and articles.
173.425  Table of activity limits—excepted quantities and articles.

173.426  Excepted packages for articles containing natural uranium or thorium.
173.427  Transport requirements for low specific activity (LSA) Class 7 (radioactive) materials and surface contaminated objects (SCO).
173.428  Empty Class 7 (radioactive) materials packaging.
173.431  Activity limits for Type A and Type B packages.
173.433  Requirements for determining basic radionuclide values, and for the listing of radionuclides on shipping papers and labels.
173.434  Activity-mass relationships for uranium and natural thorium.
173.435  Table of $A_1$ and $A_2$ values for radionuclides.
173.436  Exempt material activity concentrations and exempt consignment activity limits for radionuclides.
173.441  Radiation level limitations and exclusive use provisions.
173.442  Thermal limitations.
173.443  Contamination control.
173.447  Storage incident to transportation—general requirements.
173.448  General transportation requirements.
173.453  Fissile materials—exceptions.
173.457  Transportation of fissile material packages—specific requirements.
173.459  Mixing of fissile material packages with non-fissile or fissile-excepted material packages.
173.461  Demonstration of compliance with tests.
173.462  Preparation of specimens for testing.
173.465  Type A packaging tests.
173.466  Additional tests for Type A packagings designed for liquids and gases.
173.467  Tests for demonstrating the ability of Type B and fissile materials packagings to withstand accident conditions in transportation.
173.468  Test for LSA-III material.
173.469  Tests for special form Class 7 (radioactive) materials.
173.471  Requirements for U.S. Nuclear Regulatory Commission approved packages.
173.472  Requirements for exporting DOT Specification Type B and fissile packages.
173.473  Requirements for foreign-made packages.
173.474  Quality control for construction of packaging.
173.475  Quality control requirements prior to each shipment of Class 7 (radioactive) materials.
173.476  Approval of special form Class 7 (radioactive) materials.
173.477  Approval of packagings containing greater than 0.1 kg of non-fissile or fissile-excepted uranium hexafluoride.

Exhibit C (Table of Contents for 49 C.F.R. §173 *et. seq.*)–Page 5