Subparts J–O [Reserved]

APPENDIX A TO PART 173 [RESERVED]
APPENDIX B TO PART 173—PROCEDURE FOR TESTING CHEMICAL COMPATIBILITY AND RATE OF PERMEATION IN PLASTIC PACKAGING AND RECEPTACLES
APPENDIX C TO PART 173—PROCEDURE FOR BASE-LEVEL VIBRATION TESTING
APPENDIX D TO PART 173—TEST METHODS FOR DYNAMITE (EXPLOSIVE, BLASTING, TYPE A)
APPENDIXES E–G TO PART 173 [RESERVED]
APPENDIX H TO PART 173—METHOD OF TESTING FOR SUSTAINED COMBUSTIBILITY

AUTHORITY: 49 U.S.C. 5101–5127, 44701; 49 CFR 1.45, 1.53.

## Subpart A—General

### § 173.1 Purpose and scope.

(a) This part includes:

(1) Definitions of hazardous materials for transportation purposes;

(2) Requirements to be observed in preparing hazardous materials for shipment by air, highway, rail, or water, or any combination thereof; and

(3) Inspection, testing, and retesting responsibilities for persons who retest, recondition, maintain, repair and re-build containers used or intended for use in the transportation of hazardous materials.

(b) A shipment of hazardous materials that is not prepared in accordance with this subchapter may not be offered for transportation by air, highway, rail, or water. It is the responsibility of each hazmat employer subject to the requirements of this subchapter to ensure that each hazmat employee is trained in accordance with the requirements prescribed in this subchapter. It is the duty of each person who offers hazardous materials for transportation to instruct each of his officers, agents, and employees having any responsibility for preparing hazardous materials for shipment as to applicable regulations in this subchapter.

(c) When a person other than the person preparing a hazardous material for shipment performs a function required by this part, that person shall perform the function in accordance with this part.

(d) In general, the Hazardous Materials Regulations (HMR) contained in this subchapter are based on the UN Recommendations and are consistent with international regulations issued by the International Civil Aviation Organization (ICAO Technical Instructions) and the International Maritime Organization (IMDG Code). However, the HMR are not consistent in all respects with the UN Recommendations, the ICAO Technical Instructions or the IMDG Code, and compliance with the HMR will not guarantee acceptance by regulatory bodies outside of the United States.

[Amdt. 173–94, 41 FR 16062, Apr. 15, 1976, as amended by Amdt. 173–100, 41 FR 40476, Sept. 20, 1976; Amdt. 173–161, 48 FR 2655, Jan. 20, 1983; Amdt. 173–224, 55 FR 52606, Dec. 21, 1990; Amdt. 173–231, 57 FR 20953, May 15, 1992; 64 FR 10776, Mar. 5, 1999]

EFFECTIVE DATE NOTE: At 68 FR 61941, Oct. 30, 2003, § 173.1 was amended by removing paragraph (c) and redesignating paragraph (d) as new paragraph (c), effective Oct. 1, 2004. At 69 FR 30588, May 28, 2004, the effective date was delayed until Jan. 1, 2005.

### § 173.2 Hazardous materials classes and index to hazard class definitions.

The hazard class of a hazardous material is indicated either by its class (or division) number, its class name, or by the letters "ORM–D". The following table lists class numbers, division numbers, class or division names and those sections of this subchapter which contain definitions for classifying hazardous materials, including forbidden materials.

| Class No. | Division No. (if any) | Name of class or division | 49 CFR reference for definitions |
|---|---|---|---|
| None |  | Forbidden materials | 173.21 |
| None |  | Forbidden explosives | 173.54 |
| 1 | 1.1 | Explosives (with a mass explosion hazard) | 173.50 |
| 1 | 1.2 | Explosives (with a projection hazard) | 173.50 |
| 1 | 1.3 | Explosives (with predominately a fire hazard) | 173.50 |
| 1 | 1.4 | Explosives (with no significant blast hazard) | 173.50 |
| 1 | 1.5 | Very insensitive explosives; blasting agents | 173.50 |

Exhibit C (Table of Contents for 49 C.F.R. §173 *et. seq.*)–Page 6