# Federal Public Defender
## for
## The District of Alaska

Rich Curtner  
Federal Public Defender

550 West Seventh Ave., Suite 1600  
Anchorage, Alaska 99501

Phone: (907) 646-3400/FAX: (907) 646-3480

September 16, 2005

Stephan Collins  
Assistant U.S. Attorney  
222 W. 8th Ave., # 9, Rm. 253  
Anchorage, Alaska 99513-7567

    Re:    *United States v. Krister Sven Evertson*, A05-0063 CR (JWS)

Dear Stephan:

Please accept this letter as Mr. Evertson's request for discovery under Fed.R.Crim.P. 12(d)(2) and 16 (a)(1)(A), (B), (C), (D), and (E).

As you know, this represents the second prosecution of Mr. Evertson. The earlier prosecution raising the same charges was dismissed without prejudice. I understand that the government intends to rely on the discovery in the earlier case to satisfy its Fed.R.Crim.P. 16 obligations in this case. In that regard, I would like to propose a meeting at your office to review what was disclosed in the earlier prosecution to make sure there are no there are no misunderstandings about what should be disclosed in this case. Please let me know when it would be convenient to have such a meeting.

Please also accept this letter as Mr. Evertson's request for disclosure of all exculpatory evidence under *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and *Kyles v. Whitely*, 514 U.S. 419 (1995). To avoid delay associated with the late disclosure of exculpatory information, Mr. Evertson asks you to consult with the case agents to insure that all such evidence has been revealed to you.

Finally, to foster a pretrial resolution of this matter and to avoid trial delays sometimes associated with the disclosure of 18 U.S.C. § 3500 witness statements, Mr. Evertson requests early disclosure of all witness statements.

Exhibit A (September 16, 2005, Letter Requesting Discovery) - Page 1

Stephan Collins
September 16, 2005
Page 2


Please let me know if you have any problems with these requests.


Sincerely yours,

Kevin F. McCoy
Assistant Federal Defender

KFM/km