# Federal Public Defender
## for
## The District of Alaska

Rich Curtner
Federal Public Defender

550 West Seventh Ave., Suite 1600
Anchorage, Alaska 99501

Phone: (907) 646-3400/FAX: (907) 646-3480

November 1, 2005

Stephan Collins
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513

     Re:    *United States v. Evertson,* A05-0063 CR (JWS)

Dear Stephan:

In the motion to continue this matter to January 9, 2006, I referenced outstanding unaddressed discovery issues. The purpose of this letter is to formally request the following at your earliest practical convenience.

- I would like to obtain the hard drive seized from Mr. Evertson's home during the May 26, 2004, search. The government earlier indicated a willingness to release the hard drive, or at least provide us with an opportunity to obtain a mirror image of the hard drive.

- The box and contents relative to Count 1 were not available for inspection when I last met with Colton Seal at the F.B.I. Building last month. I would like an opportunity to view this box and its non-hazardous contents as soon as possible. Similarly, if there are any photographs of the box and its contents, I would appreciate the opportunity to make copies.

- I would like copies of any laboratory reports related to the alleged contents of each of the boxes which form the basis of the indictment as well as any other boxes intercepted during the dates alleged in the indictment.

- There are allegations that Mr. Evertson signed a Miranda Waiver Form. I would like a copy of any Miranda Waiver Forms signed by Mr. Evertson.

Exhibit B (November 1, 2005, Letter Requesting Discovery) - Page 1

Stephan Collins
November 1, 2005
Page 2

- Finally, Special Agent Colton Seale promised to provide xerox copies of search sketches and xerox copies of other documents seized during the May 26, 2004, search. Mr. Seale said he was going to copy the documents and forward them to you for review. I would like copies of these documents as well.

This request is submitted pursuant to Fed.R.Crim.P. 16. Please let me know if you have any objection to these requests as soon as possible.

Thank you for your courtesy.

Sincerely yours,

Kevin F. McCoy
Assistant Federal Defender

KFM/km

Exhibit B (November 1, 2005, Letter Requesting Discovery) - Page 2