FBI & OR DEQ
Lab Reports

# Analytical Report

**FBI Sodium Sample**

**Sampling Event:  20040353**

20040353

Report to:  Pritchett, Jeff, Federal Bureau of Investigationl          Print Date: 04/29/2004



**DEQ**

State of Oregon
Department of
Environmental
Quality

**Laboratory Division**
1712 SW 11th Avenue
Portland, OR 97201
Phone:  (503) 229-5983
        (800) 452-4011
Fax:    (503) 229-6924

*www.deq.state.or.us*

### Legal: Criminal Enforcement



Final Report Approved by:

*Mary M Abrams*

Mary Abrams, Laboratory Manager

*Christopher L Redman*

Chris Redman, Laboratory QA Manager

Exhibit C (FBI and Oregon Department of Environmental Quality Lab Reports) - Page 2

# OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY LABORATORY
## Analytical Report
### Sampling Event:  20040353   FBI Sodium Sample

### Sample / Result Comments

1)   Sodium is 99.9% of the detected elements with a trace of Strontium and all others less than the reporting limit.

Exhibit C (FBI and Oregon Department of Environmental Quality Lab Reports) - Page 3

DEPARTMENT OF ENVIRONMENTAL QUALITY
Laboratory Division

Sampling Event #: _20040353_

Survey: _FBI SODIUM SAMPLE_

**LEGAL**

Sampling Subproject (fund code): _37492_
Collected by: _FBI_

Date Received in Lab: _4/20/04_
Date Reported: _4/20/04_
Report Data to: _Jeff Pritchett_
_jpritche@leo.gov_

| Item # | LASAR # (required) | SITE NAME lat/long (in decimal degrees)* | Nutrient Basic | DO BOD | Metals Organics | Date Time | Temp (Deg. C) | Ph (SU) | Cond. (Umhos/cm) | ELEV RM | Tests Required |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | ONE CARDBOARD BOX CONTAINING SODIUM METAL | | | | 4/19/04 15:00 | | | | | ISCAN |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |

* lat/long only required if station is new

**LEGAL SAMPLE: Chain of Custody Record**

Total # of containers received:_____    Initial placement in refrigerator #:_____

Relinquished by:_____    Received By:_____

Date/Time:_____    Date/Time:_____

Comments:_____

Meter #'s:_____

Exhibit C (FBI and Oregon Department of Environmental Quality Lab Reports) - Page 4

## DEPARTMENT OF ENVIRONMENTAL QUALITY
### LABORATORY DIVISION/INORGANIC SECTION
### METALS BY INDUCTIVELY COUPLED PLASMA (ICP-AES)

## SUMMARY QA/ QC REPORT

| | | |
|---|---|---|
| **CASE #:** 20040353 | **ANALYSIS DATE:** | **21 April 2004** |
| **CASE NAME:** LEGAL FBI Sodium Sample | **ANALYST(s):** | **RW/RW&GAD** |
| **SAMPLE #:** 1 Solid | **MULTI-ELEMENT GROUP:** | **Metals-ISCAN** |

| ELEMENT | MDL(mg/L) | MRL(mg/L) | QC REFERENCE % RECOVERY (90-110%) AccuMix3 | CALIBRATION CHECK % RECOVERY (90-110%) | ZERO CHECK (<MRL)* | LAB REAGENT BLANK (<MRL)* | LAB SPIKE REPLICATES %DIFFERENCE (0±20%) Item 1-Xbox1 | A % RECOVERY (70-130%) | B % RECOVERY (70-130%) | LAB SPIKED BLANK % RECOVERY (85-115%) |
|---|---|---|---|---|---|---|---|---|---|---|
| Iron | 0.0080 | 0.050 | 101 | 105 | Acceptable | Acceptable | 0.9 | 101 | 100 | 99 |
| Manganese | 0.00080 | 0.0050 | 104 | 104 | Acceptable | Acceptable | 1.1 | 100 | 99 | 98 |
| Potassium | 0.10 | 0.50 | 102 | 104 | Acceptable | Acceptable | 1.2 | 100 | 99 | 98 |
| Aluminum | 0.010 | 0.050 | 103 | 104 | Acceptable | Acceptable | 0.8 | 102 | 101 | 99 |
| Lithium | 0.0020 | 0.015 | 101 | 104 | Acceptable | Acceptable | 0.6 | 101 | 100 | 99 |
| Calcium | 0.020 | 0.10 | 103 | 103 | Acceptable | Acceptable | 0.9 | 101 | 100 | 99 |
| Sodium | 0.030 | 0.30 | 102 | 103 | Acceptable | Acceptable | 1.4 | 103 | 99 | 99 |
| Magnesium | 0.020 | 0.10 | 102 | 104 | Acceptable | Acceptable | 0.9 | 101 | 100 | 99 |
| Silver | 0.00040 | 0.0020 | 99 | 103 | Acceptable | Acceptable | 1.4 | 98 | 97 | 98 |
| Molybdenum | 0.00050 | 0.0040 | 105 | 103 | Acceptable | Acceptable | 0.7 | 100 | 100 | 99 |
| Cadmium | 0.00050 | 0.0050 | 102 | 104 | Acceptable | Acceptable | 1.2 | 101 | 100 | 100 |
| Barium | 0.00020 | 0.0020 | 100 | 102 | Acceptable | Acceptable | 1.2 | 98 | 97 | 97 |
| Beryllium | 0.000030 | 0.00050 | 98 | 102 | Acceptable | Acceptable | 1.2 | 102 | 101 | 101 |
| Nickel | 0.00080 | 0.0040 | 102 | 102 | Acceptable | Acceptable | 1.5 | 97 | 96 | 97 |
| Cobalt | 0.00040 | 0.0030 | 99 | 104 | Acceptable | Acceptable | 0.9 | 99 | 98 | 98 |
| Chromium | 0.00030 | 0.0020 | 100 | 104 | Acceptable | Acceptable | 1.0 | 101 | 100 | 99 |
| Vanadium | 0.00030 | 0.0020 | 100 | 103 | Acceptable | Acceptable | 0.6 | 100 | 100 | 98 |
| Copper | 0.00050 | 0.010 | 101 | 103 | Acceptable | Acceptable | 0.5 | 102 | 101 | 100 |
| Zinc | 0.0020 | 0.030 | 100 | 102 | Acceptable | Acceptable | 0.7 | 99 | 98 | 97 |
| Antimony | 0.0050 | 0.015 | 97 | 104 | Acceptable | Acceptable | 0.9 | 98 | 97 | 97 |
| Arsenic | 0.0030 | 0.010 | 100 | 101 | Acceptable | Acceptable | 1.0 | 101 | 100 | 99 |
| Lead | 0.0030 | 0.010 | 102 | 104 | Acceptable | Acceptable | 0.7 | 99 | 98 | 98 |
| Thallium | 0.0030 | 0.015 | 105 | 105 | Acceptable | Acceptable | 0.8 | 99 | 98 | 98 |
| Selenium | 0.0030 | 0.010 | 104 | 103 | Acceptable | Acceptable | 1.2 | 103 | 102 | 101 |
| Tin | 0.0020 | 0.010 | 102 | 103 | Acceptable | Acceptable | 0.3 | 100 | 99 | 101 |
| Strontium | 0.00040 | 0.0020 | 104 | 104 | Acceptable | Acceptable | 1.1 | 101 | 100 | 101 |
| Titanium | 0.00010 | 0.00080 | 96 | 103 | Acceptable | Acceptable | 1.0 | 97 | 96 | 96 |
| Zirconium | 0.00040 | 0.0020 | 94 | 104 | Acceptable | Acceptable | 1.2 | 107 | 106 | 107 |

Shading Key: Spike too small, less than 30% of sample.

**Method conforms to methods 6010 & 3050 in SW846 EPA-RCRA Manual.**

**Method also conforms to methods 200.7 in EPA Water & Waste water Manual.**

**If indicated as TCLP, method conforms to method 1311 in SW846 EPA-RCRA Manual.**

*Zero Check & Reagent Blank levels may be acceptable if <10% the sample concentration although not shown as "Acceptable" in this automatic cell formula.

This sample was dissolved in DI water and run undigested.

printout: 4/22/2004
File: 20040353-iscan

Form: Bigmix van4-2, LF Summary page (by KY, 12/27/02)

Page 1 of 1



| **MSDS** | **Material Safety Data Sheet** |
|---|---|

24 Hour Emergency Telephone 908-859-2151
CHEMTREC 1-800-424-9300

National Response in Canada
CANUTEC 613-996-6666

Outside U.S. and Canada
Chemtrec 703-527-3887

From: Mallinckrodt Baker, Inc.
222 Red School Lane
Phillipsburg, NJ 08865

 Mallinckrodt
CHEMICALS

 J.T.Baker

NOTE: CHEMTREC, CANUTEC and National Response Center emergency numbers to be used only in the event of chemical emergencies involving a spill, leak, fire, exposure or accident involving chemicals.

All non-emergency questions should be directed to Customer Service 1-800-582-2537, for assistance.

# SODIUM METAL

## 1. Product Identification

**Synonyms: Sodium**; Natrium
**CAS No.:** 7440-23-5
**Molecular Weight:** 22.99
**Chemical Formula:** Na
**Product Codes:**
J.T. **Baker**: 9410
Mallinckrodt: 7340, 7348

## 2. Composition/Information on Ingredients

| Ingredient | CAS No | Percent | Hazardous |
|---|---|---|---|
| Sodium | 7440-23-5 | 90 - 100% | Yes |

## 3. Hazards Identification

**Emergency Overview**
--------------------------

7-1 (Rev. 5-13-99)

**FBI**

**LABORATORY**

## FEDERAL BUREAU OF INVESTIGATION
## QUANTICO, VA 22135

Date: June 22, 2004

To:     Anchorage

Case ID No.:   279A-AN-13925

Lab No.:   040527002 PG BL

Reference:  Communication dated May 27, 2004

Your No.:

Title:   KRISTER SVEN EVERTSON;
USE, POSSESSION, TRANSFER, PRODUCTION,
TRANSPORT OF WMD

Date specimens received:  May 27, 2004

The items listed below were received in the Chemistry Unit:

Q1          White solid described as sodium cyanide (Item 101)

Q2          Jar (Item 102)

Q3          Sample of liquid described as nitric acid (Item 103)

Q4          Sample of liquid described as muriatic acid (Item 104)

Q5          Sample of liquid described as battery acid (Item 105)

Q6          Solid described as sodium metal in kerosene (1B1, E01954522)

Q7          Solid described as sodium metal in kerosene (1B2, E01954523)

This report contains the results of the chemistry examinations.

Page 1 of 2

**This Report is Furnished for Official Use Only**

Exhibit C (FBI and Oregon Department of Environmental Quality Lab Reports) - Page 7

**Results of Examinations:**

The specimen Q1 white solid contained sodium carbonate and sodium cyanide as major components. The specimen Q3 liquid was consistent with concentrated nitric acid. The specimen Q4 liquid was consistent with 28% hydrochloric acid (muriatic acid). The specimen Q5 liquid was consistent with 30% sulfuric acid (battery acid). The specimen Q6 and Q7 gray solids were identified as sodium metal.

No examinations were conducted on specimen Q2.

The specimen Q1 solid dissolved in water to give an alkaline solution (pH 11.5). Infrared spectroscopy indicated that Q1 contained both sodium carbonate and sodium cyanide. Through analysis by scanning electron microscopy/energy dispersive x-ray spectroscopy (SEM/EDX) the following elements were identified in Q1: carbon, nitrogen, oxygen, and sodium. It should be noted that sodium cyanide decomposes to sodium carbonate upon exposure to moisture.

Specimen Q3 was a clear colorless liquid with a strongly acidic pH and a density of 1.40 grams/milliliter (g/mL). Chemical testing indicated the presence of an oxidizing species in Q3. The infrared spectrum of Q3 matched the spectrum of concentrated nitric acid.

Specimen Q4 was a clear colorless liquid with a strongly acidic pH and a density of 1.14 g/mL. Q4 gave a white precipitate with silver nitrate. Infrared spectral analysis of Q4 indicated that it was consistent with concentrated hydrochloric acid.

Specimen Q5 was a clear colorless liquid with a strongly acidic pH and a density of 1.26 g/mL. Q5 gave a precipitate with barium chloride. Infrared spectral analysis of Q5 indicated that it was consistent with 30% sulfuric acid (battery acid).

Specimens Q6 and Q7 were dull gray malleable solids. Cutting Q6 and Q7 revealed a shiny metallic interior. Portions of Q6 and Q7 reacted vigorously with water to give strongly alkaline solutions. Through analysis by SEM/EDX sodium was identified in Q6 and Q7.

**Remarks:**

The items listed above will be returned under separate cover. This report concludes the examinations conducted by the FBI Laboratory.

Robert P. Rooney, PhD
Chemistry Unit
(703) 632-7429

Page 2 of 2
040527002 PG BL

Exhibit C (FBI and Oregon Department of Environmental Quality Lab Reports) - Page 8