# BIOGRAPHICAL SKETCH

**STEVEN V. HART**
**MidAmerica Transportation Services, Inc.**
**Montgomery, Texas**

## EXPERIENCE

<u>June 1996 – Present</u>: CEO/Owner, MidAmerica Transportation Services, Inc.
Conduct training and consulting nationwide, conduct audits of companies for compliance and audit preparation, and perform in capacity of expert witness for law firms and companies nationwide. Establish and manage safety programs for transportation companies nationwide. Write policies and procedures, train management on organizational development of safety programs. Also contract teach seminars and consult, (DOT, DOT HazMat, OSHA, and IATA/ICAO and IMDG, Commercial Vehicle Accident Investigation) nationally, for J.J. Keller and Associates.

<u>January 1995 - June 1996</u>: Vice President of Safety BMI Transportation Inc., Cleveland, Ohio. a privately held, leading bulk transportation company, with annual revenues in excess of $200 million dollars. Responsible for supervision and management of the company's Safety Department providing regulatory guidance to BMI's field staff to ensure compliance with DOT, OSHA, EPA, safety standards, as well as state and local laws and regulations. Additionally, oversight of extensive field safety service program, and four road safety supervisors. Scope of responsibility included direct supervision of corporate staff (6), road safety supervisors, (4), and group safety managers (4), and an annual budget in excess of $800,000.00. Department was responsible for compliance in over 70 terminals in 24 states, and in excess of 2000 employees and drivers. Duties also included development and implementation of safety programs, policies, and training standards and training program development for drivers and hazmat employees. Work with sales staff on rotation basis to visit customers and provide insight to BMI's extensive safety program. Work jointly with quality department on projects and bids. Teach as an adjunct instructor for U.S.D.O.T. Guest speak for various organizations nationally, as well as advise the regulated community on DOT regulations, upon request. Serve on various industry groups representing BMI.

<u>January 1993 - January 1995</u>: Southern Region Transportation Compliance Manager. Chemical Waste Management Inc., Houston, Texas. Responsible for DOT compliance & training throughout region as well as compliance with both OSHA and EPA. Conduct internal audits for compliance and audit subhaulers for compliance & approval. Advise regulation requirements & revisions. Responsible for 11 states and approximately 700 employees.

<u>June 1987 - Jan 1993</u>: Hazardous Materials Safety Specialist, U.S. Department of Transportation, Research and Special Programs Administration, assigned to the Transportation Safety Institute, Oklahoma City, Oklahoma (DOT Training School for all modal administrations). Supervise, coordinate, plan, develop, conduct, evaluate and direct training courses for State, Federal, and local government employees, government officials, and the private sector in the regulations governing the transportation of hazardous materials. (Titles 49 & 40 CFR) Also instruct in emergency response, awareness, & incident command. (Title 29 CFR)

<u>April 1982 - May 1987</u>: Hazardous Materials Specialist, Arizona Highway Patrol, Phoenix, Arizona. Enforce state and Federal laws regarding State Laws Title 4, 13, 28 and Code of Federal regulations (CFR) Titles 40 and 49, and investigate or audit possible violations against these statutes, as they regulate the transportation industry. Perform regulatory audits on carriers and shippers terminals. Conduct seminars and symposiums. Respond to hazardous material/waste emergencies, statewide. Function as state-on-scene coordinator.

Exhibit D (Steven V. Hart's Resumé) - Page 1

<u>January 1980 - April 1982</u>: Police Officer, City of Eloy, Eloy, Arizona. Routine patrol, serve warrants and subpoenas, investigate accidents and criminal activities, collect evidence at crime scenes, write detailed reports, enforce State Titles 4, 13, and 28. Assist County Attorney's office in case preparation. Testify at trials/depositions.

<u>April 1978 - January 1980</u>: Deputy Sheriff. Mohave County S.O., Kingman, AZ. Routine patrol, serve warrants and subpoenas, investigate accidents and criminal activities, interview witnesses, victims and suspects relevant to case. Testify at trials/depositions.

<u>1968 - 1977</u>: U.S. Navy - Aircraft mechanic, F-14 Program.

## EDUCATION

**Master of Arts Degree,** University of Oklahoma, Norman, Oklahoma, 1992 -Public Administration (emphasis Public Personnel Management and Organizational Development).

**Bachelor of Arts Degree**, Central State University, Edmond Oklahoma, 1991 - Criminal Justice

**Associate of Science Degree**, Ventura College, Ventura California, 1982 - Administration of Justice

## INSTRUCTOR/TEACHING/COURSE QUALIFICATIONS

```
HAZARDOUS MATERIALS COMPLIANCE & ENFORCEMENT    U.S.D.O.T.
INTERMODAL HAZARDOUS MATERIALS FOR INDUSTRY     U.S.D.O.T.
CARGO TANK ROADSIDE INSPECTION                  U.S.D.O.T.
(AUTHORED THIS COURSE FOR DOT)
CARGO TANK COMPLIANCE FOR INDUSTRY              U.S.D.O.T.
(AUTHORED THIS COURSE FOR DOT)
AWARENESS FOR INITIAL RESPONSE                  U.S.D.O.T.
(AUTHORED THIS COURSE FOR DOT)
INCIDENT COMMAND SYSTEM                         F.E.M.A.
HAZWOPR (OSHA) AWARENESS, OPS & TECH LEVEL      ARIZONA
FEDERAL MOTOR CARRIER SAFETY REGULATIONS U.S.D.O.T./J.J. KELLER
IATA/ICAO    AIR TRANSPORT-HAZMAT     J.J. KELLER
IMDG   WATER TRANSPORT-HAZMAT         J.J. KELLER
OSHA   REGULATIONS, BASIC & FORKLIFT  J.J. KELLER
COMMERCIAL VEHICLE ACCIDENT           J.J. KELLER
```

## PROFESSIONAL AFFILIATIONS

Alpha Chi National Honor Society

National Alliance of Hazardous Materials Instructors (NAHMI)

U.S. DOT Registered Inspector for Cargo Tanks (CT-1397)

Contract Instructor Nationwide for J. J. Keller and Associates

Former Adjunct Faculty, Political Science Dept., University of Oklahoma

Commercial Vehicle Safety Alliance (CVSA)

Exhibit D (Steven V. Hart's Resumé) - Page 2

National Tank Truck Carriers (NTTC)

Texas Motor Transport Association (TMTA)

Houston Council of Safety Professionals

**Consultant/Trainer for:**
**(not all inclusive):**     J.J. Keller, Inc.  Nationwide
Phillips Services, Inc.  Nationwide
Schlumberger Oilfield Services
Weatherford Intl.
Baker Hughes Oilfield Services
Waste Management, Inc.
Totem Ocean Trailer Express
Carlile/KW Transportation Systems
El Paso Electric COOP
General Motors Corporation Nationwide
Nabors/Peak USA Energy Services LTD.
Lyondell-Citgo,
BGS, Inc.,
Fina Oil & Chemical,
Prestolite Electric Corp.
State of Alaska Department of Transportation
Custom Ecology, Inc.
Corona Express
Carry Companies of Illinois, Inc.
City of Cleveland, Ohio (Mayor White's office)

Trained law enforcement nationwide & U.S. possessions
Trained federal, state and local government agencies and industry nationwide as well as fire departments and response agencies

**Safety Director/Loss**
**Prevention for:**
Steere Tank Lines, Inc., Dallas, TX
BMI Transportation, Inc., Cleveland, OH
Penn Tank Lines, Inc., Malvern, PA
Carry Transit, Bridgeview, IL
Terra First, Vernon, AL
CEI, Walker, LA
Peak USA Energy Services, LTD., Houston, TX


**Expert Witness for:**
**(Not all inclusive)**     Jenkins/Gilchrist, Dallas, TX     Vaughn O. Stewart, Lake Jackson, TX
Strasberger/Price, Dallas, TX     Edward A. Genz, Esq., Red Bank, NJ
Heiskell/Donelson, Memphis,TN  Richards,Paul,Richards, Tulsa, OK
O'Connor/Cavanaugh,Phoenix, AZ  Robert Mahoney, Lafayette, LA
Spagnoletti & Co, Houston, TX   Heard & Medack Houston, TX


**Books/Articles authored:**
"Sharing the Responsibility" HazMat Packager & Shipper, Mar/Apr, 1997
Cargo Tank Emergency Response, International Association of Firefighters

Exhibit D (Steven V. Hart's Resumé) - Page 3

       (IAFF) 1989

**Honors:**  1996 Nominated and Accepted, International Who's Who of Professionals

Exhibit D (Steven V. Hart's Resumé) - Page 4