TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-3382
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )  | No.  3:05-cr-0063-(JWS) |
| )  | |
| Plaintiff,   )  | |
| )  | **NOTICE** |
| vs.   )  | |
| )  | |
| KRISTER SVEN EVERTSON,   )  | |
| )  | |
| Defendant.   )  | |
| )  | |

COMES NOW Plaintiff United States of America, by and through Timothy

M. Burgess, United States Attorney for the District of Alaska, and hereby requests

the Court no longer electronically serves pleadings in the above-captioned case on

Stephan A. Collins, Asst. U.S. Attorney.  Bryan Schroder, Assistant U.S. Attorney, filed a Notice of Attorney Appearance, on December 29, 2005.

RESPECTFULLY submitted this 4th day of January, 2006, at Anchorage, Alaska.

        TIMOTHY M. BURGESS
        United States Attorney

        s/Stephan A. Collins
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3382
        Fax: (907) 271-1500
        E-mail: stephan.collins@usdoj.gov
        AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2006
a copy of the foregoing NOTICE was served
electronically:

Kevin McCoy
Asst. Federal Public Defender
550 W. 7th Ave., #1600
Anchorage, AK  99501

s/ Stephan A. Collins