Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTER SVEN EVERTSON,<br><br>Defendant. | NO. A05-0063 CR (JWS)<br><br>**MOTION ON SHORTENED TIME FOR *IN LIMINE* ORDERS** |

      Kris Evertson asks this court on shortened time for *in limine* orders excluding evidence as to the following:

- Expert Testimony on the nature of the hazard posed by sodium metal;

- Expert Testimony describing the reaction and subsequent explosion of a half-pound of sodium metal as comparable to the explosion produced by an average car bomb;

- Expert Testimony regarding the operation of Hazardous Material Regulations found in 49 C.F.R. § 171 *et. seq.*, § 172 *et. seq.*, and § 173 *et. seq*.

- Expert Testimony regarding a hazardous materials list in 49 C.F.R. § 172.101, the designation of sodium metal as packing group I material and the limitations on transportation by cargo aircraft based on potential danger involved in transporting sodium metal;

- A U.S. Postal Service publication "A Customer's Guide to Mailing" seized from the defendant's home;

- A notebook relating to eBay sales seized from Defendant's home.

This motion is submitted pursuant to the Fifth Amendment Due Process Clause, Fed.R.Evid. 401, 402, 403, and 404(b), and is based upon the memorandum of law filed herewith.

Dated at Anchorage, Alaska this 4th day of January 2006.

Respectfully submitted,

s/KEVIN F. McCOY
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:     907-646-3400
Fax:         907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on January 4, 2006,
a copy of the *Motion on Shortened Time for In Limine Orders* and the *Memorandum of Law in Support of Motion on Shortened Time for In Limine Orders* were hand delivered to:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

s/Kevin F. McCoy