# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

**UNITED STATES OF AMERICA   v.   KRISTER SVEN EVERTSON**

THE HONORABLE JOHN W. SEDWICK         CASE NO. A05-63 CR (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**         Date: January 5, 2006

---

     The final pre-trial conference in this case is **ADVANCED** to commence at **9:00 AM** on **Friday, January 6, 2006**. Defendant's motions at dockets 54 and 58 will be addressed at that time. Both parties should be prepared to fully address those motions at the final pre-trial conference. At this point, trial remains set to commence at **9:00 AM** on **Monday, January 9, 2006**.

     This case is hereby **RE-ASSIGNED** to the Hon. Ralph R. Beistline for all further proceedings. All future filings shall bear case No. A05-63 CR (**RRB**)

---