TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: Bryan.Schroder@usa.usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-063-JWS |
| ) | |
| Plaintiff, ) | **GOVERNMENT'S NOTICE** |
| ) | **REGARDING EXPERT** |
| v. ) | **TESTIMONY** |
| ) | |
| KRISTER "KRIS" SVEN ) | |
| EVERTSON,   a.k.a. "Chris ) | |
| Ericksson", a.k.a. "Krister ) | |
| Ericksson", ) | |
| ) | |
| Defendant. ) | |

COMES NOW the United States, by and through counsel, and files its notice pursuant to Federal Rule of Criminal Procedure 16 and Federal Rule of Evidence 702, that it intends to call in its case-in-chief at trial Mr. John A. Gale, the Chief of Standards Development, Office of Hazardous Material Standards, Pipeline and Hazardous Materials Safety Administration, U.S. Department of Transportation, as a technical expert witness.  His resume is attached.

Mr. Gale will discuss the purposes of the Hazardous Material Regulations (HMR), particularly the sections applicable to this case.  He will also discuss the general requirements for shipping under the HMR, plus the requirements for shipping non-bulk packages of Sodium.  He will also discuss applicable exceptions to the HMR.

Mr. Gale will not be asked to offer any opinion testimony, nor will he be asked about the particular facts of this case.

RESPECTFULLY SUBMITTED this 5th day of January, 2006, at Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

s/Bryan Schroder
Assistant U.S. Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
Phone : (907) 271-5071
Fax: (907) 271-1500
E-mail:Bryan.Schroder@usa.usdoj.gov
WA# 21146

I hereby certify that on January 5, 2006,
a copy of the foregoing Government's Notice
Regarding Expert Testimony  was served
electronically on Kevin McCoy.

s/ Bryan Schroder