**John A. Gale**
**Chief, Standards Development**
**Office of Hazardous Materials Standards**
**Office of Hazardous Materials Safety**
**Pipeline and Hazardous Materials Safety Administration**
**U.S. Department of Transportation**

As the Chief, Standards Development in the Office of Hazardous Materials Standards I:

- Oversee the development of criteria and safety standards for the transportation of hazardous materials by all modes of transportation. The standard setting process requires the examination of recommendations from the National Transportation Safety Board, petitions to modify the Hazardous Materials Regulations (HMR; 49 CFR Parts 171-180) from both government and non-government entities, amendments to the international standards to determine their affect on the HMR and requires a knowledge of technological advancements, economic conditions, accident histories and the regulatory activities of other government agencies.

- Provide supervisory oversight for the Hazardous Materials Information Center, including the contractor and government staff, ensuring effective and efficient operations in providing guidance to the public on the requirements of the HMR. The HMIC handles over 33,000 telephonic and email inquires per year on the HMR. Provide oversight for the OHMS web page, particularly with regard to regulatory content.

- Possess an expert knowledge of the HMR, the UN Recommendation for the Transport of Dangerous Goods, the International Civil Aviation Organizations Technical Instructions for the Safe Transport of Dangerous Goods by Air, and International Maritime's Dangerous Goods Code, and a working knowledge of regulations issued by other departments and agencies including the EPA, NRC, FAA, FMCSA, OSHA and others as they relate to and affect the HMR.

- Review and draft rulemaking documents, including advanced notices of proposed rulemaking, notices of proposed rulemaking, interim final rules, final rules, and regulatory evaluations affecting the HMR. Review exemptions and approvals drafted by the Office of Exemption and Approval.

- Sign, review and draft regulatory opinions, correspondence, and interpretations on HMR and related statutes.

- Review and comment on proposed statutes, regulations, policies and testimony from other Federal agencies to identify potential conflicts with existing Federal hazardous materials transportation law, regulations or policies.

- Prepare responses to congressional and other correspondence. Represent the OHMS in meetings and hearings within and outside the Department. Serve as a member of the Inter-Agency Committee on Explosives.

- Design databases for tracking rulemakings, interpretations, petitions, corrections to the HMR and other areas of responsibility for the Office of Hazardous Materials Safety.

- Supervise OHMS staff providing direction, training and guidance concerning rulemaking activities, correspondence and telephone inquires.

- Identify the need for regulatory amendments and changes based on review of incident data, NTSB recommendations, and congressional action, review of current industry practices and procedures and practical determinations that areas of the regulations do not provide an acceptable level of safety. Make recommendations to senior management on effective corrective measures.

**Work History:**

- Chief, Standards Development in the Office of Hazardous Materials Standards since 2/2004. From 11/92 to 3/97 and 11/97 to 2/04 was a senior transportation specialist in the Office of Hazardous Materials Standards. From 2/87 to 11/92 I was a transportation specialist in the Office of Hazardous Materials Standards.

- From 3/97 to 11/97 I worked for the Federal Aviation Administration as a coordinator and expert on the transportation of hazardous materials and cargo in accordance with the HMR, ICAO, IATA and the FAA regulations in 14 CFR Parts 108, 109 and 129. This job involved nationwide responsibility for the development and implementation of the hazardous materials and/cargo security program of the FAA which included program management and policy development.

- From 10/84 to 2/87 was a part-time reader for a visually impaired person in the radioactive materials branch of the Office of Hazardous Materials Technology. After becoming familiar with the program activities I was assigned other duties which provided me a working knowledge of the radioactive material transportation regulations, the Competent Authority process for the transportation of special form, Type A fissile and Type B package of radioactive material and the exemptions process.