TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: Bryan.Schroder@usa.usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KRISTER "KRIS" SVEN EVERTSON,   a.k.a. "Chris Ericksson", a.k.a. "Krister Ericksson",<br><br>   Defendant. | Case No. 3:05-cr-063-JWS<br><br>**GOVERNMENT'S NOTICE REGARDING EXPERT TESTIMONY** |

COMES NOW the United States, by and through counsel, and files its notice pursuant to Federal Rule of Criminal Procedure 16 and Federal Rule of Evidence 702, that it intends to call in its case-in-chief at trial Dr. Benjamin C. Garrett, the Senior Scientist for the Weapons of Mass Destruction Operational Support Branch at the FBI Laboratory as a technical expert witness.  His resume is attached.

Based on Dr. Garrett's extensive background in hazardous materials response, he will discuss the characteristics of Sodium that result in it's qualification as a hazardous material.  Dr. Garrett will also discuss concerns to hazardous material responders and first responders raised by shipments of Sodium, including lesser amounts of Sodium.

Dr. Garrett will not be asked to offer any opinion testimony, nor will he be asked about the particular facts of this case.

RESPECTFULLY SUBMITTED this 5th day of January, 2006, at Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

s/Bryan Schroder
Assistant U.S. Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
Phone : (907) 271-5071
Fax: (907) 271-1500
E-mail:Bryan.Schroder@usa.usdoj.gov
WA# 21146

I hereby certify that on January 5, 2006,
a copy of the foregoing Government's Notice
Regarding Expert Testimony   was served
electronically on Kevin McCoy.

s/ Bryan Schroder