**BENJAMIN C. GARRETT, Ph.D.**
Senior Scientist for Weapons of Mass Destruction
Operational Support Branch
FBI Laboratory
Quantico, Virginia

## EDUCATION:

B.S., Davidson College, Davidson, North Carolina (1971)
M.S., Ph. D. (Analytical Biochemistry), Emory University, Atlanta, Georgia (1975)

## PROFESSIONAL EXPERIENCE:

Dr. Benjamin C. Garrett is presently assigned to the FBI Laboratory Division in the Operational Support Branch, where he serves as the FBI's Senior Scientist for Weapons of Mass Destruction (WMD). His knowledge of biological and chemical weapons is encyclopedic, as evidenced by his authorship of encyclopedia sections on "Biological Weapons" and on "Chemical Weapons" in *Brassey's International Military and Defense Encyclopedia* (Macmillan: Riverside, NY, 1993).

In his present position, Dr. Garrett advises the Laboratory, other FBI Headquarters elements, and the Field Divisions of the FBI on investigative issues involving toxic chemicals, biological pathogens, radiological materials, and explosives associated with WMD. As a Senior Level member of the Laboratory staff, Dr. Garrett assists with technical and scientific matters involving units associated with response to crime scenes and with the FBI's research program to advance its methods for crime scene processing and examining evidence. As part of his assistance, he works most closely with staff from the Chemical-Biological Sciences Unit, Counterterrorism and Forensic Sciences Research Unit, Evidence Response Team Unit, Explosives Unit, and Hazardous Materials Response Unit.

Prior to being appointed to his current position in July, 2005, Dr. Garrett was assigned to the Laboratory's Hazardous Materials Response Unit (HMRU), where he served as the Science Program Coordinator. In that role, he supervised as staff of scientists and engineers responsible for conducting threat assessments, developing response protocols, training FBI personnel, and screening, collecting, packaging and transporting evidence from crime scenes and other locations where WMD-related or WMD-contaminated evidence might be present.

Dr. Garrett joined the FBI in October 2000. Previously, he had worked twenty years in the private sector, holding various laboratory and management positions as a contractor (mostly with Battelle Memorial Institute, Columbus, Ohio) and supporting the defense and intelligence communities. These positions included his service as Principal Chemist, US Embassy-Moscow (1994-1995), where he assisted the Russian Government with planning the destruction of its stockpile of chemical weapons. From 1978 to 1980, he was an Assistant Professor of Chemistry at Davidson College, where he taught undergraduate chemistry courses designed for non-science majors. This teaching included a course that he developed entitled "The Chemistry of Poisons." Immediately following completion of his graduate studies in chemistry, Dr. Garrett served on active duty with the US Army from 1975 to 1978, where he was assigned as a Chemical Corps officer at the US Army Dugway Proving Ground in Utah. The Army recognized his work by awarding him the Meritorious Service Medal for his work in developing analytical methods for measuring toxic substances suspended in the atmosphere.