TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: Bryan.Schroder@usa.usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-63-RRB |
| ) | |
| Plaintiff, ) | **GOVERNMENT'S NOTICE** |
| ) | **REGARDING EXPERT** |
| v. ) | **TESTIMONY** |
| ) | |
| KRISTER "KRIS" SVEN ) | |
| EVERTSON, a.k.a. "Chris ) | |
| Ericksson", a.k.a. "Krister ) | |
| Ericksson", ) | |
| ) | |
| Defendant. ) | |

COMES NOW the United States, by and through counsel, and files its notice pursuant to Federal Rule of Criminal Procedure 16 and Federal Rule of Evidence 702, that it intends to call in its case-in-chief at trial Ms. Rachel Allen, a chemist at the Oregon Department of Environmental Conservation Laboratory, as an expert witness.  Her resume is attached.

Ms. Allen tested the material found in a box addressed to "Jay Jenkins" that is the basis for Count 1 of the indictment.  Ms. Allen will discuss the testing and examination procedure that she used to determine the identify of the substance found in the box.  She will also offer the expert opinion that the substance was Sodium.

The Oregon DEQ Laboratory report on this matter was provided to the Defendant as part of Federal Rules of Evidence Rule 16 discovery on November 11, 2005.

RESPECTFULLY SUBMITTED this 5th day of January, 2006, at Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

s/Bryan Schroder
Assistant U.S. Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
Phone : (907) 271-5071
Fax: (907) 271-1500
E-mail:Bryan.Schroder@usa.usdoj.gov
WA# 21146

I hereby certify that on January 5, 2006,
a copy of the foregoing Government's Notice
Regarding Expert Testimony  was served
electronically on Kevin McCoy.

s/ Bryan Schroder