January 5, 2006

Rachel D. Allen
Chemist
Oregon Department of Environmental Quality Laboratory
1712 SW 11th Ave
Portland, OR 97201
Allen.rachel@deq.state.or.us
503-229-5983 ext. 312

## Education

May 2000:  Bachelors of Science in Chemistry.  Willamette University, Salem, Oregon.

## Work Experience

September 2002-Present: Chemist 2, Oregon Department of Environmental Quality.
Primary and independent analyst on Inductively Coupled Plasma-Atomic Emission
Spectrometry (ICP-AES).  Responsible for all quality control, preparation, and
maintenance for the ICP-AES.  Samples prepared and analyzed to include but not
exclusively: hazardous waste, aqueous and water, solids, sludge, oils, and Department of
Human Service health lead samples, tissue.

July 2000-September 2002: Chemist 1, Oregon Department of Environmental Quality.
Responsible for all preparation in the metals section of the inorganic laboratory including
enhanced microwave digestion, hazardous waste digestion, solid digestion, aqueous and
water digestions.  Responsible for preparation of reagents and standards for metals
analysis and preparation.  Responsible for all dishwashing in the metals section.

August 1998- May 1999:  Willamette University Chemistry Laboratory Assistant.
Assisted students in chemistry related lab techniques and ensured proper lab safety.

## Relevant Training

August 2001: ACS Microwave Enhanced Sample Preparation Course
August 2002: Received internal training for performing analysis on the ICP-AES.
March 2004: Perkin Elmer Advanced Optima ICP Training Course.
July 2004: National Environmental Laboratory Accreditation Conference (NELAC)
Assessor Training.
September 2004: ODEQ sponsored Hazardous Waste Training
November 2004: EPA-CID Environmental Crimes Training Program.
June 2005: Microsoft Access XP training.

## Relevant Experience

<u>July 2003</u>:  Successfully completed an audit by the EPA for ICP-AES analysis and all related procedures to maintain certification.

<u>March 2004</u>: Witness in Multnomah County Court:  Testified to data from my analysis on the ICP-AES of hazardous waste involved in a criminal case.

**<u>Technical books and manuals</u>**

Perkin Elmer ICP-AES 3000 DV instrument manual
EPA methods
Standard Methods Editions 18 through 20
NELAC Standards 2001 through 2003
ODEQ Small Quantity Hazardous Waste Generator Handbook

**<u>Published Articles</u>**

ODEQ Standard Operating Procedures for preparation techniques for inorganic metal analysis.