**GOVERNMENT'S NOTICE REGARDING EXPERT TESTIMONY**