Robert P. Rooney
Special Agent Examiner
Chemistry Unit
Federal Bureau of Investigation
2501 Investigation Parkway
Quantico, VA 22135

**EDUCATION:**

| | |
|---|---|
| 1976 | B.S., Chemistry<br>North Carolina State University<br>Raleigh, North Carolina |
| 1980 | Ph.D., Organic Chemistry<br>The University of North Carolina<br>Chapel Hill, North Carolina |

**PROFESSIONAL EXPERIENCE:**

| | |
|---|---|
| 1980-1981 | The University of Virginia<br>Charlottesville, Virginia<br>Postdoctoral researcher, Department of Chemistry |
| 1981-1982 | Wake Forest University<br>Winston-Salem, North Carolina<br>Visiting Assistant Professor of Chemistry |
| 1982-1986 | Loyola College<br>Baltimore, Maryland<br>Assistant Professor of Chemistry |
| 1987-1992 | Federal Bureau of Investigation<br>San Diego, California<br>Special Agent |
| 1992- | Federal Bureau of Investigation<br>Washington, DC/Quantico, VA<br>Special Agent/Examiner, Chemistry Unit |

More than sixty-five testimonies in Federal and state courts as an expert in
forensic chemistry.  Testimonies include bank dye stain analysis, drug analysis,
ignitable liquids analysis, and ink comparisons.