TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: Bryan.Schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-63-RRB |
| ) | |
| Plaintiff, ) | **GOVERNMENT'S NOTICE** |
| ) | **REGARDING EXPERT** |
| v. ) | **TESTIMONY** |
| ) | |
| KRISTER "KRIS" SVEN ) | |
| EVERTSON,   a.k.a. "Chris ) | |
| Ericksson", a.k.a. "Krister ) | |
| Ericksson", ) | |
| ) | |
| Defendant. ) | |

COMES NOW the United States, by and through counsel, and files its notice pursuant to Federal Rule of Criminal Procedure 16 and Federal Rule of Evidence 702, that it intends to call in its case-in-chief at trial Mr. Robert Rooney, Special Agent Examiner, Chemistry Unit, Federal Bureau of Investigations, as an expert witness.  His  resume is attached.

Ms. Rooney tested the material found in boxes addressed to "Omar Alegria" and "John Brown" that is the basis for Counts 2 and 3 of the indictment. Mr. Rooney will discuss the testing and examination procedure that he used to determine the identify of the substance found in the box. He will also offer the expert opinion that the substance was Sodium.

The Federal Bureau of Investigations Laboratory report on this matter was provided to the Defendant as part of Federal Rules of Evidence Rule 16 discovery on November 11, 2005.

RESPECTFULLY SUBMITTED this <u>6th</u> day of January, 2006, at Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

<u>s/Bryan Schroder</u>
Assistant U.S. Attorney
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567
Phone : (907) 271-5071
Fax: (907) 271-1500
E-mail:Bryan.Schroder@usdoj.gov
WA# 21146

I hereby certify that on January 6, 2006,
a copy of the foregoing Government's Notice
Regarding Expert Testimony was served
electronically on Kevin McCoy.

<u>s/ Bryan Schroder</u>