UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>　USA　</u>　v.　<u>　EVERTSON　</u>

DATE:　<u>　January 6, 2006　</u>　　CASE NO.　<u>　A05-0063 CR (RRB)　</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:　**MINUTE ORDER FROM CHAMBERS
RE TRIAL**

---

The Court anticipates selecting a jury in this matter before lunch break. Therefore, the parties shall be prepared to make opening statements in this matter after lunch and Plaintiff shall be prepared to present evidence immediately thereafter.

M.O. RE TRIAL