TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99507
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail:Bryan.Schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | Case No. 3:05-cr-063-RRB |
| ) | |
| Plaintiff,              ) | **NOTICE OF INTENT OF** |
| ) | **THE UNITED STATES TO** |
| vs.               ) | **USE DEPS AT TRIAL** |
| ) | |
| KRISTER "KRIS" SVEN EVERTSON,    ) | |
| a.k.a. "Chris Ericksson", a.k.a. "Krister    ) | |
| Ericksson",               ) | |
| ) | |
| Defendant .             ) | |

    Comes Now the United States of America by and through counsel, and requests permission to use the Court's Digital Evidence Presentation System (DEPS) in the trial of the captioned case, currently scheduled to commence on January 9 at 9:00 a.m.  Furthermore, the United States gives notice it intends, with

the Court's permission, to use the DEPS system and PowerPoint in aid of its

opening statement and closing argument.

   RESPECTFULLY SUBMITTED this 6th day of January, 2006, at

Anchorage, Alaska.

              TIMOTHY M. BURGESS
              United States Attorney

              s/Bryan Schroder
              Assistant U.S. Attorney
              222 West Seventh Avenue, #9
              Anchorage, Alaska  99507
              Phone: (907) 271-5071
              Fax: (907) 271-1500
              E-mail:Bryan.Schroder@usdoj.gov
              WA# 21146

I hereby certify that on January 6, 2006,
a copy of the foregoing Notice of Intent of
Unites States to Use DEPS at Trial was served
electronically on Kevin McCoy.

s/ Bryan Schroder