Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KRISTER SVEN EVERTSON,<br><br>　　　　　　Defendant. | NO. A05-0063 CR (RRB)<br><br>**KRIS EVERTSON'S SUGGESTED LANGUAGE REGARDING THE NATURE OF THE INDICTMENT**<br><br>**(Filed on Shortened Time)** |

　　　　Kris Evertson proposes that the charges be described to the jury in the following terms:

### Introduction

　　　　The indictment in this case charges Krister Sven Everston in three counts with violation of 49 U.S.C. § 5124.  Section 5124 makes it unlawful to willfully violate the laws and regulations relating to the shipment of hazardous materials.

　　　　Sodium metal has been designated by the Secretary of Transportation as a hazardous material.

Sodium metal is a Division 4.3 material because it can be dangerous when wet.

Sodium metal can be dangerous when wet because it is liable to become spontaneously flammable or give off flammable or toxic gas if it comes into contact with water.

49 C.F.R. § 173.13 governs the shipment of sodium metal when the weight shipped is less than 6.25 pounds.

In the present case, the government has charged the defendant with willfully violating the laws and regulations relating to the shipment of hazardous materials in that:

**Count 1**

On or about April 14, 2004, the defendant shipped less than 6.25 pounds of sodium metal via U.P.S. ground to Jay Jenkins in willful violation of 49 C.F.R. § 173.13;

**Count 2**

On or about April 16, 2004, the defendant shipped less than 6.25 pounds of sodium metal via U.P.S. ground to Omar Alegria in willful violation of 49 C.F.R. § 173.13;

**Count 2**

On or about April 16, 2004, the defendant shipped less than 6.25 pounds of sodium metal via U.P.S. ground to John Brown in willful violation of 49 C.F.R. § 173.13.

The indictment is not evidence and the defendant has pleaded not guilty to all charges in the indictment.

Dated at Anchorage, Alaska this 6th day of January, 2006.

Respectfully submitted,

s/KEVIN F. McCOY
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:	907-646-3400
Fax:	907-646-3480
E-Mail:	kevin_mccoy@fd.org

Certification:
I certify that on January 6, 2006,
a copy of *Kris Evertson's Suggested
Language Regarding the Nature of the
Indictment* was served Electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy