TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: Bryan.Schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-63-RRB |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S NOTICE** |
| | ) | **OF SUGGESTED** |
| v. | ) | **INDICTMENT LANGUAGE** |
| | ) | |
| KRISTER "KRIS" SVEN | ) | |
| EVERTSON,   a.k.a. "Chris | ) | |
| Ericksson", a.k.a. "Krister | ) | |
| Ericksson", | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States, by and through counsel, and files the

following suggested indictment language to be read to the jury with initial

instructions.

Indictment

In March 2006, in the District of Alaska, the defendant, KRISTER "KRIS" SVEN EVERTSON, a.k.a Chris Ericksson, a.k.a. Krister Ericksson, knowingly offered for sale over the internet auction site eBay sodium metal, a Class 4.3 Dangerous When Wet material (as set forth in 49 C.F.R. § 172.101). Despite knowing the United States Secretary of Transportation's regulations pertaining to required labeling, placarding, and packaging for transportation sodium metal, the defendant did deliver to a United Parcel Service [UPS] contracting agent in Alaska for transportation in interstate commerce packages containing sodium metal that did not comply with the laws and regulations pertaining to transportation of hazardous materials.

## Count 1

The Defendant did not properly label, placard, package for transportation sodium metal, on or about April 14, 2004, which was addressed to "Jay Jenkins," and an address outside of Alaska, which amount of sodium metal did travel in interstate commerce via UPS aircraft between Alaska and the lower 48.

## Count 2

The Defendant did not properly label, placard, package for transportation sodium metal, on or about April 16, 2004, which was addressed to "Omar Alegria, 4170 FM 1577, San Benito, TX 78586".

Count 3

The Defendant did not properly label, placard, package for transportation sodium metal, on or about April 16, 2004, which was addressed to "John Brown, 29920 CR 353, Buena Vista, CO 81211".

By doing so, the defendant did willfully violate the laws contained in Chapter 51 of Title 49 United States Code and the regulations contained in 49 CFR 172, et seq., and 173, et seq., which set forth the proper labeling, placarding, and packaging requirements for transporting sodium metal, all of which is in violation of Title 49 United States Code Section 5124.

Meaning of Hazardous Material

"Hazardous material" means a substance or material the Secretary of Transportation designates under section 5103(a) of Title 49 of the United States Code because transporting the material in a particular amount or form may pose an unreasonable risk to health and safety or property.

Designation of Sodium as a Hazardous Material

Pursuant to §5103(a) of Title 49 of the United States Code, the Secretary of Transportation has designated Sodium as a "hazardous material" in the Hazardous Material Table in 49 C.F.R. §172.101.

Section 172.101 also designates Sodium is a Division 4.3 material, which is defined in Section 173.124 as meaning it has the designation "dangerous when wet," and is defined as "a material that, by contact with water, is liable to become spontaneously flammable or to give off flammable or toxic gas...."

In addition, Section 172.101 designates Sodium within Packing Group I (of three packing groups). Again under Section 173.124, a Division 4.3 dangerous when wet hazardous material is assigned to Packing Group I if "the material reacts vigorously with water at ambient temperatures and demonstrates a tendency for the gas produced to ignite spontaneously, or which reacts readily with water at ambient temperatures such that the rate of evolution of flammable gases is equal or greater than 10 L per kilogram of material over any one minute."

<u>Hazardous Materials Regulations and Compliance Requirement</u>

At all times material to the indictment, the Hazardous Materials Regulations appeared at 49 CFR Parts 171-180 and specified requirements for the safe transportation of hazardous materials in commerce.

Section 171.2(a), states that "[n]o person may offer or accept a hazardous material for transportation . . . unless ...the hazardous material is properly classed, described, packaged, marked, labeled, and in condition for shipment as required

or authorized by applicable requirements of this subchapter, or an exemption, approval issued under this subchapter....

Section 171.2(a) is part of Subchapter C of the Hazardous Materials Regulations, which also includes specific sections on:

<u>Shipping Papers</u>

<u>Marking</u>

<u>Labeling</u>

<u>Placarding</u>

<u>Packaging</u>

<u>Applicable Exceptions</u>

RESPECTFULLY SUBMITTED this <u>8th</u> day of January, 2006, at Anchorage, Alaska.

    TIMOTHY M. BURGESS
    United States Attorney

    <u>s/Bryan Schroder</u>
    Assistant U.S. Attorney
    222 W. 7th Avenue, #9
    Anchorage, Alaska  99513-7567
    Phone : (907) 271-5071
    Fax: (907) 271-1500
    E-mail:<u>Bryan.Schroder@usdoj.gov</u>
    WA# 21146

I hereby certify that on January 8, 2006,
a copy of the foregoing Government's Notice
of Suggested Indictment Language was served
electronically on Kevin McCoy.

s/ Bryan Schroder