UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,           )
                             )   Case No. 3:05-cr-63-RRB
v.                           )
                             )
KRISTER SVEN EVERTSON,       )
                             )
        Defendant.           )
_____)

**JUDGMENT OF DISCHARGE**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    __X__  The jury has returned its verdict, finding the defendant NOT GUILTY; as charged in counts 1, 2, & 3 of the Indictment.

    **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged.

    **DATED** at Anchorage, Alaska, this 12th day of January 2006.

_____
RALPH R. BEISTLINE
United States District Judge

[judgment discharge.frm]{DISCHARG.WPD*Rev.07/03}